101 292 005

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LYNN T. GUEVREKIAN, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| vs. | )   Case No.: 05-1369 |
| | ) |
| BLOOMINGTON POLICE DEPARTMENT, | ) |
| CITY OF BLOOMINGTON, MCLEAN | ) |
| COUNTY CENTER FOR HUMAN | ) |
| SERVICES, HEARTLAND APARTMENT | ) |
| MANAGEMENT, and WAYNE PELHANK, | ) |
| | ) |
|        Defendants. | ) |

## ENTRY OF APPEARANCE

The firm of QUINN, JOHNSTON, HENDERSON & PRETORIUS, by Peter R. Jennetten, a member in good standing of the bar of this Court, enters its appearance in the above-captioned case on behalf of Defendant, CITY OF BLOOMINGTON.

                        CITY OF BLOOMINGTON, Defendant

                        By:    *s/Peter R. Jennetten*
                              Peter R. Jennetten
                      QUINN, JOHNSTON, HENDERSON & PRETORIUS

Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: pjennetten@qjhp.com
I:\1\Civil\Guevrekian v. Bloomington 101 292 005\guevrekian eoa federal.wpd

## CERTIFICATE OF SERVICE

I hereby certify that on **December 8, 2005**, I electronically filed this **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

J. Casey Costigan
Costigan & Wollrab, P.C.
P.O. Box 3127
Bloomington, IL  61702-3127
ccostigan@cwlawoffice.com
lindah@cwlawoffice.com

Eitan Weltman
Attorney at Law
802 N. Clinton
Suite A
Bloomington, IL  61701
EitanW@aol.com
swartzamy@msn.com

And I hereby certify that on **December 8, 2005**, I mailed a copy of this document by United States Postal Service to the following non-registered participants:

Lynn T. Guevrekian
P.O. Box 1114
Bloomington, IL  61702-1114

*s/Peter R. Jennetten*
Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: pjennetten@qjhp.com