PRJ:  101 292 005

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LYNN T. GUEVREKIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.:05-1369 |
| ) | |
| BLOOMINGTON POLICE DEPARTMENT, ) | |
| CITY OF BLOOMINGTON, MCLEAN ) | |
| COUNTY CENTER FOR HUMAN ) | |
| SERVICES, HEARTLAND APARTMENT ) | |
| MANAGEMENT, and WAYNE PELHANK, ) | |
| ) | |
| Defendants. ) | |

## DESIGNATION OF LEAD COUNSEL

Peter R. Jennetten, of the firm of QUINN, JOHNSTON, HENDERSON & PRETORIUS, and a member in good standing of the bar of this Court, is designated as lead counsel in the representation of Defendant, CITY OF BLOOMINGTON.

CITY OF BLOOMINGTON, Defendant

By:  *s/Peter R. Jennetten*
Peter R. Jennetten
QUINN, JOHNSTON, HENDERSON & PRETORIUS

Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: pjennetten@qjhp.com
I:\1\Civil\Guevrekian v. Bloomington 101 292 005\desig of lead counsel.wpd

## CERTIFICATE OF SERVICE

I hereby certify that on **December 8, 2005**, I electronically filed this **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

J. Casey Costigan
Costigan & Wollrab, P.C.
P.O. Box 3127
Bloomington, IL  61702-3127
ccostigan@cwlawoffice.com
lindah@cwlawoffice.com

Eitan Weltman
Attorney at Law
802 N. Clinton
Suite A
Bloomington, IL  61701
EitanW@aol.com
swartzamy@msn.com

And I hereby certify that on **December 8, 2005**, I mailed a copy of this document by United States Postal Service to the following non-registered participants:

Lynn T. Guevrekian
P.O. Box 1114
Bloomington, IL  61702-1114

*s/Peter R. Jennetten*
Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: pjennetten@qjhp.com