E-FILED
Thursday, 08 December, 2005 10:57:17 AM
Clerk, U.S. District Court, ILCD

101 292 005

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LYNN T. GUEVREKIAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 05-1369 |
| | ) |
| BLOOMINGTON POLICE DEPARTMENT, | ) |
| CITY OF BLOOMINGTON, MCLEAN | ) |
| COUNTY CENTER FOR HUMAN | ) |
| SERVICES, HEARTLAND APARTMENT | ) |
| MANAGEMENT, and WAYNE PELHANK, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for the CITY OF BLOOMINGTON, Defendant, furnishes the following in compliance with Rule 11.3 of this Court:

(1) The full name of every party or amicus the attorney represents in the case:

The City of Bloomington, including the Bloomington Police Department.

(2) If such party or amicus is a corporation:

(a) Its parent corporation, if any:

(b) A list of corporate stockholders which are publicly held companies owning 10% or more of the stock of the party or amicus if it is a publicly held company:

Not applicable.

(3) The names of all law firms whose partners or associates have appeared for the party or are expected to appear for the party in this case:

Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, IL 61602

CITY OF BLOOMINGTON, Defendant

By:    *s/Peter R. Jennetten*
       Peter R. Jennetten
QUINN, JOHNSTON, HENDERSON & PRETORIUS

Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL 61602-1211
Telephone: (309) 674-1133
Facsimile: (309) 674-6503
E-mail: pjennetten@qjhp.com
I:\1\Civil\Guevrekian v. Bloomington 101 292 005\guevrekian cert of interest.wpd

**CERTIFICATE OF SERVICE**

      I hereby certify that on **December 8, 2005**, I electronically filed this **CERTIFICATE OF INTEREST** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

J. Casey Costigan
Costigan & Wollrab, P.C.
P.O. Box 3127
Bloomington, IL  61702-3127
ccostigan@cwlawoffice.com
lindah@cwlawoffice.com

Eitan Weltman
Attorney at Law
802 N. Clinton
Suite A
Bloomington, IL  61701
EitanW@aol.com
swartzamy@msn.com

      And I hereby certify that on **December 8, 2005**, I mailed a copy of this document by United States Postal Service to the following non-registered participants:

Lynn T. Guevrekian
P.O. Box 1114
Bloomington, IL  61702-1114

                        *s/Peter R. Jennetten*
                        Peter R. Jennetten (Illinois Bar No. 6237377)
                        QUINN, JOHNSTON, HENDERSON & PRETORIUS
                        227 N.E. Jefferson Street
                        Peoria, IL  61602-1211
                        Telephone:  (309) 674-1133
                        Facsimile:  (309) 674-6503
                        E-mail: pjennetten@qjhp.com