E-FILED
Tuesday, 10 January, 2006  01:47:56 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LYNN T. GUEVREKIAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05 CV 01369 |
| | ) |
| BLOOMINGTON POLICE DEPARTMENT, | ) |
| MCLEAN COUNTY CENTER FOR HUMAN | ) |
| SERVICES, HEARTLAND APARTMENT | ) |
| MANAGEMENT, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL**

Casey Costigan and Dominic A. Salvati of the law firm of COSTIGAN & WOLLRAB, P.C., hereby enter their appearance on behalf of the Defendant, McLean County Center for Human Services, in the above-entitled cause and Casey Costigan will be acting as lead counsel in this cause.

Respectfully Submitted,

MCLEAN COUNTY CENTER FOR
HUMAN SERVICES, Defendant,

BY: _____
s/Casey Costigan
Casey Costigan Bar Number 6206724
Dominic A. Salvati Bar Number 6283922
Attorney for Defendant
Costigan & Wollrab, P.C.
308 E. Washington Street
Bloomington, Illinois 61701
(309) 828-4310 phone
(309) 828-4325 fax
ccostigan@cwlawoffice.com
dsalvati@cwlawoffice.com

1

Casey Costigan
Dominic A. Salvati
Costigan & Wollrab, P.C.
308 E. Washington St.
P.O. Box 3127
Bloomington, Illinois 61702-3127
309-828-4310
jir-F:\USERS\JESSICA\Casey\Insurance\First Non-Profit-6100\Guevrckian v. McLean County Center for Human Services 6100-11\Pleadings\EOA and Designation of lead counsel.doc