E-FILED
Tuesday, 10 January, 2006  01:50:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LYNN T. GUEVREKIAN, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) Case No. 05 CV 01369 |
|  | ) |
| BLOOMINGTON POLICE DEPARTMENT, | ) |
| MCLEAN COUNTY CENTER FOR HUMAN | ) |
| SERVICES, HEARTLAND APARTMENT | ) |
| MANAGEMENT, | ) |
|  | ) |
| Defendants. | ) |

**CERTIFICATE OF INTEREST**

THE UNDERSIGNED, counsel of record for McLean County Center for Human Services, furnishes the following in compliance with Rule 11.3 of this Court:

1. The full name of every party or amicus the attorney represents in this case:

   **MCLEAN COUNTY CENTER FOR HUMAN SERVICES**

2. If such party or amicus is a corporation:

   (a) Its parent corporation, if any, and

   (b) A list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus if it is a publicly held company.

   **N/A**

3. The names of all law firms whose partners or associates appear for a party or are expected to appear for a party in this case.

   **COSTIGAN & WOLLRAB, P.C.**

1

Respectfully Submitted,

MCLEAN COUNTY HEALTH DEPARTMENT, Defendant,

BY: _____
s/Casey Costigan
Casey Costigan Bar Number 6206724
Dominic A. Salvati Bar Number 6283922
Attorney for Defendant
Costigan & Wollrab, P.C.
308 E. Washington Street
Bloomington, Illinois 61701
(309) 828-4310 phone
(309) 828-4325 fax
ccostigan@cwlawoffice.com
dsalvati@cwlawoffice.com

Casey Costigan
Dominic A. Salvati
Costigan & Wollrab, P.C.
308 E. Washington St.
P.O. Box 3127
Bloomington, Illinois 61702-3127
309-828-4310
jir-F:\USERS\JESSICA\Casey\Insurance\First Non-Profit-6100\Guevrckian v. McLean County Center for Human Services 6100-11\Pleadings\Certificate of interest.doc