UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LYNN T. GUEVREKIAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05 CV 01369 |
| | ) |
| BLOOMINGTON POLICE DEPARTMENT, | ) |
| MCLEAN COUNTY CENTER FOR HUMAN | ) |
| SERVICES, HEARTLAND APARTMENT | ) |
| MANAGEMENT, | ) |
| | ) |
| Defendants. | ) |

**MCLEAN COUNTY CENTER FOR HUMAN SERVICES' ANSWER AND
AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

COMES NOW the Defendant, McLean County Center for Human Services, by and through its counsel, COSTIGAN & WOLLRAB, P.C., and for its Answer and Affirmative Defenses to Plaintiff's Complaint, states:

1. Plaintiff has drafted her Complaint in a narrative format making it difficult to draft an answer to said Complaint. Therefore, Defendant, McLean County Center for Human Services, denies any and all allegations that allege Defendant committed any of the following acts: 1) Trespass; Illegal entry into residence without permission; The breaking of the 4th Amendment Rights and also the Illinois State Bill of Rights, 2) Malpractice; Fraud and False accusation of crime, 3) Professional incompetence; Negligence and malice; 4) Defamation. Defendant admits that Nicole Piggush, a.k.a. Nicole Wilder, is a licensed social worker.

WHEREFORE, Defendant, McLean County Center for Human Services, prays that this Court enter judgment in its favor and against the Plaintiff, that Defendant be awarded costs of suit, and for such other relief as the Court deems just.

DEFENDANTS DEMAND TRIAL BY JURY.

## **AFFIRMATIVE DEFENSES AS TO ALL MCLEAN COUNTY DEFENDANTS**

1. The oral and written statements alleged to have been made by Defendant are protected by a qualified privilege.

2. Defendant is entitled to absolute immunity based on the Local Governmental and Governmental Employees Tort Immunity Act, 745 ILCS 10/1-101.

3. All actions by Defendant with regard to Plaintiff were lawful and were made in good faith compliance with applicable provisions of law, rules and regulations.

4. There is no basis in law or fact on which Plaintiff is entitled to recover damages against Defendants.

WHEREFORE, Defendant, McLean County Center for Human Services, prays that this Court enter judgment in its favor and against the Plaintiff, that Defendant be awarded costs of suit, and for such other relief as the Court deems just.

DEFENDANT DEMANDS TRIAL BY JURY.

Respectfully Submitted,

MCLEAN COUNTY CENTER FOR HUMAN SERVICES,

BY: _____
s/Casey Costigan
Casey Costigan Bar Number  6206724
Dominic A. Salvati Bar Number 6283922
Attorney for Defendant
Costigan & Wollrab, P.C.
308 E. Washington Street
Bloomington, Illinois 61701
(309) 828-4310 phone
(309) 828-4325 fax
ccostigan@cwlawoffice.com
dsalvati@cwlawoffice.com