UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LYNN T. GUEVREKIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05 CV 01369 |
| ) | |
| BLOOMINGTON POLICE DEPARTMENT, ) | |
| MCLEAN COUNTY CENTER FOR HUMAN ) | |
| SERVICES, HEARTLAND APARTMENT ) | |
| MANAGEMENT, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

    I, Dominic A. Salvati, one of the attorneys for Defendant, McLean County Center for Human Services, certify that I electronically filed on January 10, 2006 McLean County Center for Human Services' Entry of Appearance and Designation of Lead Counsel, Answer and Affirmative Defenses, and Certificate of Interest, with the Clerk of the Court using the CM/ECF system, which will send notification electronically to the following:

Peter R. Jennetten
Amanda Watson
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, IL 61602-1211
Tel:  309-674-1133
Fax: 309-674-6503
pjennetten@qjhp.com

Eitan Weltman
802 N. Clinton, Suite A
Bloomington, IL 61701
EitanW@aol.com

    I also certify that on **January 10, 2006**, I mailed a copy of McLean County Center for Human Services' Entry of Appearance and Designation of Lead Counsel, Answer and Affirmative Defenses, and Certificate of Interest, to the Plaintiff, Lynn Guevrekian by United States Postal Service:

Lynn Guevrekian
PO Box 1114
Bloomington, Illinois 61702-1114

BY:_____
s/Dominic A. Salvati

Dominic A. Salvati, Bar No. 6283922
Casey Costigan
Attorneys for McLean County Center for Human Services
Costigan & Wollrab, P.C.
PO Box 3127
Bloomington, Illinois 61702-3127
Phone:  (309) 828-4310
Fax:      (309) 828-4325
dsalvati@cwlawoffice.com