101 292 005

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| LYNN T. GUEVREKIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 05-1369 |
| | ) | |
| BLOOMINGTON POLICE DEPARTMENT, | ) | |
| CITY OF BLOOMINGTON, MCLEAN | ) | |
| COUNTY CENTER FOR HUMAN | ) | |
| SERVICES, HEARTLAND APARTMENT | ) | |
| MANAGEMENT, and WAYNE PELHANK, | ) | |
| | ) | |
| Defendants. | ) | |

### ANSWER AND AFFIRMATIVE DEFENSE
### TO PLAINTIFF'S AMENDED COMPLAINT

NOW COMES Defendant, CITY OF BLOOMINGTON (also encompassing Bloomington Police Department), by its attorneys, Quinn, Johnston, Henderson & Pretorius, and for its Answer and Affirmative Defense to Plaintiff's Complaint, states:

### ANSWER

CITY OF BLOOMINGTON admits that its officers were dispatched to Plaintiff's residence at 620 North Main Street in Bloomington, Illinois on May 20, 2004, but deny the remaining allegations of Plaintiff's Complaint.

WHEREFORE, Defendant, CITY OF BLOOMINGTON, prays that this Court enter Judgment in bar of Plaintiff's Complaint, that Defendant have its costs at Plaintiff's expense, and for such other and further relief as the Court deems just.

DEFENDANT DEMANDS TRIAL BY JURY

**AFFIRMATIVE DEFENSE**

CITY OF BLOOMINGTON is immune pursuant to Sections 2-109, 2-201, 2-202 and 2-209 of the Tort Immunity Act, 745 ILCS 10/1-101 *et seq.*

WHEREFORE, Defendant, CITY OF BLOOMINGTON, prays that this Court enter Judgment in bar of Plaintiff's Complaint, that Defendant have its costs at Plaintiff's expense, and for such other and further relief as the Court deems just.

DEFENDANT DEMANDS TRIAL BY JURY.

                CITY OF BLOOMINGTON, Defendant

                By:    s/*Amanda J .Watson*
                      Amanda J. Watson
                      QUINN, JOHNSTON, HENDERSON & PRETORIUS

Peter R. Jennetten (Illinois Bar No. 6237377)
Amanda J. Watson (Illinois Bar No. 6284222)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: pjennetten@qjhp.com
I:\1\Civil\Guevrekian v. Bloomington 101 292 005\guevrekian answer & Aff. Def. Federal.wpd

**CERTIFICATE OF SERVICE**

  I hereby certify that on **January 19, 2006**, I electronically filed this **Answer and Affirmative Defense to Plaintiff's Amended Complaint** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

J. Casey Costigan
Dominic A. Salvati
Costigan & Wollrab, P.C.
P.O. Box 3127
Bloomington, IL  61702-3127
ccostigan@cwlawoffice.com
lindah@cwlawoffice.com
dsalvati@cwlawoffice.com

Eitan Weltman
Attorney at Law
802 N. Clinton
Suite A
Bloomington, IL  61701
EitanW@aol.com
swartzamy@msn.com

  And I hereby certify that on **January 19, 2006**, I mailed a copy of this document by United States Postal Service to the following non-registered participants:

Lynn T. Guevrekian
P.O. Box 1114
Bloomington, IL  61702-1114

            *s/Amanda J. Watson*
            Amanda J. Watson (Illinois Bar No. 6284222)
            QUINN, JOHNSTON, HENDERSON & PRETORIUS
            227 N.E. Jefferson Street
            Peoria, IL  61602-1211
            Telephone:  (309) 674-1133
            Facsimile:  (309) 674-6503
            E-mail: mwatson@qjhp.com