IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LYNN T. GUEVREKIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 05-CV-01369 |
| ) | |
| BLOOMINGTON POLICE DEPARTMENT, ) | |
| CITY OF BLOOMINGTON, McLEAN ) | |
| COUNTY CENTER FOR HUMAN ) | |
| SERVICES, HEARTLAND APARTMENT ) | |
| MANAGEMENT, and WAYNE PELHANK, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE
## AND DESIGNATION OF LEAD COUNSEL

Thielen, Foley & Mirdo, LLC hereby enters its appearance on behalf of Defendant, HEARTLAND APARTMENT MANAGEMENT and WAYNE PELHANK.

Pursuant to Local Rule 11.2, Brian P. Thielen of Thielen, Foley & Mirdo, LLC is designated as lead counsel for purposes of receipt of telephone conference calls.

Pursuant to Local Rule 83.5, Brian P. Thielen and Barbara Snow Mirdo are members in good standing of the bar of this Court.

S/_____
BARBARA SNOW MIRDO, No.: 06230302
Attorney for Defendant
THIELEN, FOLEY & MIRDO, LLC
207 W. Jefferson St., Suite 600
Bloomington, IL 61701
Phone: (309) 820-0040
Fax: (309) 820-0041
E-mail: mirdo.b@thielenlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the ___23___ day of ___January, 2006___, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: Peter R. Jennetten, Quinn, Johnston, Henderson & Pretorius, 227 NE Jefferston St., Peoria, IL 61602-1211; Amanda J. Watson, Quinn, Johnston, Henderson & Pretorius, 227 NE Jefferston St., Peoria, IL 61602-1211; John Casey Costigan, Costigan & Wollrab, 308 E. Washington, Bloomington, IL 61701; and Eitan Weltman, Law Office of Eitan Weltman, 802 N. Clinton St., Ste. A, Bloomington, IL 61701-3229, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Lynn T. Guevrekian
    P.O. Box 1114
    Bloomington, IL 61702-1114

    S/_____
    BARBARA SNOW MIRDO, No.: 06230302
    Attorney for Defendant
    THIELEN, FOLEY & MIRDO, LLC
    207 W. Jefferson St., Suite 600
    Bloomington, IL 61701
    Phone: (309) 820-0040
    Fax: (309) 820-0041
    E-mail: mirdo.b@thielenlaw.com