IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION

| | |
|---|---|
| LYNN T. GUEVREKIAN,       ) | |
|       ) | |
|     Plaintiff,     ) | |
|       ) | |
|       ) | Case No.: 05-CV-01369 |
|       ) | |
| BLOOMINGTON POLICE DEPARTMENT, ) | |
| CITY OF BLOOMINGTON, McLEAN   ) | |
| COUNTY CENTER FOR HUMAN     ) | |
| SERVICES, HEARTLAND APARTMENT  ) | |
| MANAGEMENT, and WAYNE PELHANK, ) | |
|       ) | |
|     Defendants.    ) | |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for HEARTLAND APARTMENT

MANAGEMENT and WAYNE PELHANK, Defendants, furnish the following in

compliance with Rule 11.3 of this Court:

1.    The full name of every party or amicus that Thielen, Foley & Mirdo,

LLC represents in this case:    **HEARTLAND APARTMENT MANAGEMENT**

**and WAYNE PELHANK**

2.    If such party or amicus is a corporation:    **Not applicable**

(a)    its parent corporation, if any:

(b)    a list of corporate stockholders which are publicly held

companies owning 10 percent or more of the stock of the party

or amicus if it is a publicly held company:

3.      The name of all law firms whose partners or associates are expected

to appear for the party in this case:      **Thielen, Foley & Mirdo, LLC**

s/_____
BARBARA SNOW MIRDO, No.: 06230302
Attorney for Defendant
THIELEN, FOLEY & MIRDO, LLC
207 W. Jefferson St., Suite 600
Bloomington, IL 61701
Phone: (309) 820-0040
Fax: (309) 820-0041
E-mail: mirdo.b@thielenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the ___23rd___ day of January 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: Peter R. Jennetten, Quinn, Johnston, Henderson & Pretorius, 227 NE Jefferston St., Peoria, IL 61602-1211; Amanda J. Watson, Quinn, Johnston, Henderson & Pretorius, 227 NE Jefferston St., Peoria, IL 61602-1211; John Casey Costigan, Costigan & Wollrab, 308 E. Washington, Bloomington, IL 61701; and Eitan Weltman, Law Office of Eitan Weltman, 802 N. Clinton St., Ste. A, Bloomington, IL 61701-3229, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      Lynn T. Guevrekian
      P.O. Box 1114
      Bloomington, IL 61702-1114

      S/_____
      BARBARA SNOW MIRDO, No.: 06230302
      Attorney for Defendant
      THIELEN, FOLEY & MIRDO, LLC
      207 W. Jefferson St., Suite 600
      Bloomington, IL 61701
      Phone: (309) 820-0040
      Fax: (309) 820-0041
      E-mail: mirdo.b@thielenlaw.com