IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LYNN T. GUEVREKIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 05-CV-01369 |
| ) | |
| BLOOMINGTON POLICE DEPARTMENT, ) | |
| CITY OF BLOOMINGTON, McLEAN ) | |
| COUNTY CENTER FOR HUMAN ) | |
| SERVICES, HEARTLAND APARTMENT ) | |
| MANAGEMENT, and WAYNE PELHANK, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE
## AND DESIGNATION OF LEAD COUNSEL

Thielen, Foley & Mirdo, LLC hereby enters its appearance on behalf of Defendant, HEARTLAND APARTMENT MANAGEMENT and WAYNE PELHANK.

Pursuant to Local Rule 11.2, Brian P. Thielen of Thielen, Foley & Mirdo, LLC is designated as lead counsel for purposes of receipt of telephone conference calls.

Pursuant to Local Rule 83.5, Brian P. Thielen and Barbara Snow Mirdo are members in good standing of the bar of this Court.

S/ BARBARA SNOW MIRDO
No.: 06230302
Attorney for Defendant
THIELEN, FOLEY & MIRDO, LLC
207 W. Jefferson St., Ste. 600
Bloomington, IL 61701
Phone: 309/820-0040
Fax: 309/820-0041
E-mail: mirdo.b@thielenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the __24th__ day of __January, 2006__, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: Peter R. Jennetten, Quinn, Johnston, Henderson & Pretorius, 227 NE Jefferson St., Peoria, IL 61602-1211; Amanda J. Watson, Quinn, Johnston, Henderson & Pretorius, 227 NE Jefferston St., Peoria, IL 61602-1211; John Casey Costigan, Costigan & Wollrab, 308 E. Washington, Bloomington, IL 61701; and Eitan Weltman, Law Office of Eitan Weltman, 802 N. Clinton St., Ste. A, Bloomington, IL 61701-3229, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

>Lynn T. Guevrekian
>P.O. Box 1114
>Bloomington, IL 61702-1114

>S/ BARBARA SNOW MIRDO
>No.: 06230302
>Attorney for Defendant
>THIELEN, FOLEY & MIRDO, LLC
>207 W. Jefferson St., Ste. 600
>Bloomington, IL 61701
>Phone: 309/820-0040
>Fax: 309/820-0041
>E-mail: mirdo.b@thielenlaw.com