**E-FILED**
Tuesday, 24 January, 2006  04:54:01 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION

| | | |
|---|---|---|
| LYNN T. GUEVREKIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No.: 05-CV-01369 |
| | ) | |
| BLOOMINGTON POLICE DEPARTMENT, | ) | |
| CITY OF BLOOMINGTON, McLEAN | ) | |
| COUNTY CENTER FOR HUMAN | ) | |
| SERVICES, HEARTLAND APARTMENT | ) | |
| MANAGEMENT, and WAYNE PELHANK, | ) | |
| | ) | |
| Defendants. | ) | |

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Defendants

HEARTLAND APARTMENT MANAGEMENT and WAYNE PELHANK demand

trial by jury of twelve (12) in the above-entitled cause.


S/ BARBARA SNOW MIRDO
No.: 06230302
Attorney for Defendant
THIELEN, FOLEY & MIRDO, LLC
207 W. Jefferson St., Ste. 600
Bloomington, IL 61701
Phone: 309/820-0040
Fax: 309/820-0041
E-mail: mirdo.b@thielenlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the _____24th____ day of _____January, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: <u>Peter R. Jennetten, Quinn, Johnston, Henderson & Pretorius, 227 NE Jefferson St., Peoria, IL 61602-1211;</u> <u>Amanda J. Watson, Quinn, Johnston, Henderson & Pretorius, 227 NE Jefferston St.,</u> <u>Peoria, IL 61602-1211; John Casey Costigan, Costigan & Wollrab, 308 E.</u> <u>Washington, Bloomington, IL 61701; and Eitan Weltman, Law Office of Eitan</u> <u>Weltman, 802 N. Clinton St., Ste. A, Bloomington, IL 61701-3229,</u> and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Lynn T. Guevrekian
P.O. Box 1114
Bloomington, IL 61702-1114

S/ <u>BARBARA SNOW MIRDO</u>
No.: 06230302
Attorney for Defendant
THIELEN, FOLEY & MIRDO, LLC
207 W. Jefferson St., Ste. 600
Bloomington, IL 61701
Phone: 309/820-0040
Fax: 309/820-0041
E-mail: mirdo.b@thielenlaw.com