**E-FILED**
Tuesday, 24 January, 2006  04:55:05 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION

| | |
|---|---|
| LYNN T. GUEVREKIAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No.: 05-CV-01369 |
| | ) |
| BLOOMINGTON POLICE DEPARTMENT, | ) |
| CITY OF BLOOMINGTON, McLEAN | ) |
| COUNTY CENTER FOR HUMAN | ) |
| SERVICES, HEARTLAND APARTMENT | ) |
| MANAGEMENT, and WAYNE PELHANK, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for HEARTLAND APARTMENT MANAGEMENT and WAYNE PELHANK, Defendants, furnish the following in compliance with Rule 11.3 of this Court:

1. The full name of every party or amicus that Thielen, Foley & Mirdo, LLC represents in this case:   **HEARTLAND APARTMENT MANAGEMENT and WAYNE PELHANK**

2. If such party or amicus is a corporation:   **Not applicable**

   (a) its parent corporation, if any:

   (b) a list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus if it is a publicly held company:

3. The name of all law firms whose partners or associates are expected to appear for the party in this case: **Thielen, Foley & Mirdo, LLC**

S/ BARBARA SNOW MIRDO
No.: 06230302
Attorney for Defendant
THIELEN, FOLEY & MIRDO, LLC
207 W. Jefferson St., Ste. 600
Bloomington, IL 61701
Phone: 309/820-0040
Fax: 309/820-0041
E-mail: mirdo.b@thielenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the <u>    24th   </u> day of <u>January</u> 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: <u>Peter R. Jennetten, Quinn, Johnston, Henderson & Pretorius, 227 NE Jefferson St., Peoria, IL 61602-1211; Amanda J. Watson, Quinn, Johnston, Henderson & Pretorius, 227 NE Jefferston St., Peoria, IL 61602-1211; John Casey Costigan, Costigan & Wollrab, 308 E. Washington, Bloomington, IL 61701; and Eitan Weltman, Law Office of Eitan Weltman, 802 N. Clinton St., Ste. A, Bloomington, IL 61701-3229</u>, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Lynn T. Guevrekian
    P.O. Box 1114
    Bloomington, IL 61702-1114

    <u>S/ BARBARA SNOW MIRDO</u>
    No.: 06230302
    Attorney for Defendant
    THIELEN, FOLEY & MIRDO, LLC
    207 W. Jefferson St., Ste. 600
    Bloomington, IL 61701
    Phone: 309/820-0040
    Fax: 309/820-0041
    E-mail: mirdo.b@thielenlaw.com