IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LYNN T. GUEVREKIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: 1:05-CV-01369-MMM-JAG |
| v. ) | |
| ) | |
| BLOOMINGTON POLICE DEPARTMENT, ) | |
| CITY OF BLOOMINGTON, MCLEAN ) | |
| COUNTY CENTER FOR HUMAN ) | |
| SERVICES, HEARTLAND APARTMENT ) | |
| MANAGEMENT, and WAYNE PELHANK, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO REMAND

COMES NOW the Defendants, HEARTLAND APARTMENT MANAGEMENT and WAYNE PELHANK, by and through their attorneys, Thielen, Foley & Mirdo, LLC, and pursuant to 28 U.S.C. §1447(c), moves this Court to remand the case to the Circuit Court of McLean County, Illinois. In support of said Motion, Defendants would state as follows:

1. On December 1, 2005, Defendant CITY OF BLOOMINGTON, filed a Notice of Removal;

2. 28 U.S.C. §1446, which regulates procedures for removal of a civil action from a State court, requires that all defendants must join in the Notice of Removal, unless non-joining defendants are found to be nominal or were not in receipt of the state court summons and complaint, by service or otherwise;

2. Defendants HEARTLAND APARTMENT MANAGEMENT and WAYNE PELHANK do not join in the filing of the Notice of Removal, and object to the same

3. Defendants HEARTLAND APARTMENT MANAGEMENT and WAYNE PELHANK are not nominal defendants in this cause of action;

4. A copy of the Summons and Complaint were served upon Defendants HEARTLAND APARTMENT MANAGEMENT and WAYNE PELHANK on June 3, 2005. A copy of the Summons and Complaint served upon the Defendants HEARTLAND APARTMENT MANAGEMENT AND WAYNE PELHANK are attached hereto as Exhibit 1 and 2.

WHEREFORE, Defendants HEARTLAND APARTMENT MANAGEMENT and WAYNE PELHANK respectfully request that the Court abstain from this matter and remand it in its entirety to the Circuit Court of McLean County, Illinois, and that the Court order Defendant, CITY OF BLOOMINGTON, to pay Defendants HEARTLAND APARTMENT MANAGEMENT and WAYNE PELHANK their just costs and expenses, including attorneys fees, incurred as a result of the improper removal of this case.

Respectfully submitted this 24th day of January, 2006.

S/ BARBARA SNOW MIRDO
No.: 06230302
Attorney for Defendant
THIELEN, FOLEY & MIRDO, LLC
207 W. Jefferson St., Ste. 600
Bloomington, IL 61701
Phone: 309/820-0040
Fax: 309/820-0041
E-mail: mirdo.b@thielenlaw.com
