IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LYNN T. GUEVREKIAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 05-1369 |
| BLOOMINGTON POLICE DEPARTMENT, CITY OF BLOOMINGTON, McLEAN COUNTY CENTER FOR HUMAN SERVICES, HEARTLAND APARTMENT MANAGEMENT and WAYNE PELHANK, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## AMENDED CERTIFICATE OF SERVICE

On February 7, 2006, Defendant, CITY OF BLOOMINGTON, filed electronically with this Court a **Response to Defendants, Heartland Apartment Management and Wayne Pelhank's, Motion to Remand** (d/e 25). On that date, all CM/ECF system participants were served electronically with the Response to Motion for Remand. Counsel for CITY OF BLOOMINGTON inadvertently failed to send via U.S. Mail a copy of the Response to Motion to Remand to the Plaintiff, who is not a registered participant in the CM/ECF system. Counsel for CITY OF BLOOMINGTON has this day sent a copy of the Response to Motion to Remand via U.S. Mail to the Plaintiff.

CITY OF BLOOMINGTON, Defendant

By: _*s/Peter R. Jennetten*_
Peter R. Jennetten
QUINN, JOHNSTON, HENDERSON & PRETORIUS

Peter R. Jennetten (Illinois Bar No. 6237377)
Amanda J. Watson (Illinois Bar No. 6284222)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: pjennetten@qjhp.com
I:\1\Civil\Guevrekian v. Bloomington 101 292 005\guevrekian cert service amended.wpd

## CERTIFICATE OF SERVICE

    I hereby certify that on **February 13, 2006**, I electronically filed this **AMENDED CERTIFICATE OF SERVICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| J. Casey Costigan<br>Dominic A. Salvati<br>Costigan & Wollrab, P.C.<br>P.O. Box 3127<br>Bloomington, IL  61702-3127<br>Telephone:  (309) 828-4310<br>Facsimile:  (309) 828-4325<br>E-mail:  ccostigan@cwlawoffice.com<br>E-mail:  dsalvati@cwlawoffice.com | ***Attorneys for McLean County Health Department*** |
| Eitan Weltman<br>Attorney at Law<br>802 N. Clinton St.<br>Suite A<br>Bloomington, IL  61701-3229<br>Telephone:  (309) 829-4422<br>Facsimile:  (309) 829-1079<br>E-mail:  EitanW@aol.com | ***Attorney for Heartland Apartment Management and Wayne Pelhank*** |
| Brian P. Thielen<br>Barbara Snow Mirdo<br>Thielen, Foley & Mirdo, LLC<br>207 W. Jefferson St.<br>Suite 600<br>Bloomington, IL  61701<br>Telephone:  (309) 820-0040<br>Facsimile:  (309) 820-0041<br>E-mail:  mirdo.b@thielenlaw.com | ***Attorneys for Heartland Apartment Management and Wayne Pelhank*** |

    And I hereby certify that on **February 13, 2006**, I mailed a copy of this document by United States Postal Service to the following non-registered participants:

Lynn T. Guevrekian
P.O. Box 1114
Bloomington, IL  61702-1114

                                        *s/Peter R. Jennetten*
                                        Peter R. Jennetten (Illinois Bar No. 6237377)
                                        QUINN, JOHNSTON, HENDERSON & PRETORIUS
                                        227 N.E. Jefferson Street
                                        Peoria, IL  61602-1211
                                        Telephone:  (309) 674-1133
                                        Facsimile:  (309) 674-6503
                                        E-mail: pjennetten@qjhp.com