IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LYNN T. GUEVREKIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-1369 |
| ) | |
| BLOOMINGTON POLICE DEPARTMENT, ) | |
| CITY OF BLOOMINGTON, McLEAN ) | |
| COUNTY CENTER FOR HUMAN ) | |
| SERVICES, HEARTLAND APARTMENT ) | |
| MANAGEMENT and WAYNE PELHANK, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO CONSOLIDATE**

NOW COMES Defendant, CITY OF BLOOMINGTON, by its attorneys, Quinn, Johnston, Henderson & Pretorius and for its Motion to Consolidate pursuant to Federal Rule of Civil Procedure 42, states:

1. The Court has pending before it two cases involving the same operative facts and issues of law, Peoria Division Case Numbers 05-1369 and 05-1370. Both cases are civil rights actions against police officers and a municipality arising out of incidents occurring on May 20, 2004 and March 28, 2005 at the Plaintiff's residence. Both cases also include various claims against Plaintiff's landlord, Wayne Pelhank and Heartland Apartment Management. One of the cases also involved McLean County Center for Human Services.

2. These two cases involve common questions of law and fact pertaining to the liability of the individual officers and municipality, along with that liability of the landlord and McLean County Center for Human Services. Therefore, they should be consolidated pursuant to Federal Rule of Civil Procedure 42.

3. The attorneys for Wayne Pelhank and Heartland Apartment Management, Barbara Mirdo of Thielen, Foley & Mirdo, LLC, and McLean County Center for Human Services, Dominic Salvati of Costigan & Wollrab, have no objection to this Motion to Consolidate.

4. Filed concurrently herewith and incorporated herein is a Memorandum of Law in Support of the Motion to Consolidate.

WHEREFORE, Defendant, City of Bloomington, respectfully prays that the Court enter an Order consolidating Peoria Division Case Nos. 05-1369 and 05-1370, and for any such other or further relief this Court deems just.

                CITY OF BLOOMINGTON, Defendant

                By:   */s/Amanda J. Watson*
                      Amanda J. Watson
                QUINN, JOHNSTON, HENDERSON & PRETORIUS

Peter R. Jennetten (Illinois Bar No. 6237377)
Amanda J. Watson (Illinois Bar No. 6284222)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: pjennetten@qjhp.com
       Mwatson@qjhp.com
I:\1\Civil\Guevrekian v. Bloomington 101 292 005\mot to consolidate.wpd

# CERTIFICATE OF SERVICE

      I hereby certify that on **March 2, 2006**, I electronically filed this **Motion to Consolidate** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| J. Casey Costigan | ***Attorneys for McLean County Health Department*** |
| Dominic A. Salvati | |
| Costigan & Wollrab, P.C. | |
| P.O. Box 3127 | |
| Bloomington, IL  61702-3127 | |
| Telephone:  (309) 828-4310 | |
| Facsimile:  (309) 828-4325 | |
| E-mail:  ccostigan@cwlawoffice.com | |
| E-mail:  dsalvati@cwlawoffice.com | |
| | |
| Eitan Weltman | ***Attorney for Heartland Apartment Management*** |
| Attorney at Law | ***and Wayne Pelhank*** |
| 802 N. Clinton St. | |
| Suite A | |
| Bloomington, IL  61701-3229 | |
| Telephone:  (309) 829-4422 | |
| Facsimile:  (309) 829-1079 | |
| E-mail:  EitanW@aol.com | |
| | |
| Brian P. Thielen | ***Attorneys for Heartland Apartment Management*** |
| Barbara Snow Mirdo | ***and Wayne Pelhank*** |
| Thielen, Foley & Mirdo, LLC | |
| 207 W. Jefferson St. | |
| Suite 600 | |
| Bloomington, IL  61701 | |
| Telephone:  (309) 820-0040 | |
| Facsimile:  (309) 820-0041 | |
| E-mail:  mirdo.b@thielenlaw.com | |

      And I hereby certify that on **March 2, 2006**, I mailed a copy of this document by United States Postal Service to the following non-registered participants:

| | |
|---|---|
| Lynn T. Guevrekian | ***Pro se Plaintiff*** |
| P.O. Box 1114 | |
| Bloomington, IL  61702-1114 | |

                                      */s/Amanda J. Watson*
                                      Amanda J. Watson  (Illinois Bar No. 6284222)
                                      QUINN, JOHNSTON, HENDERSON & PRETORIUS

227 N.E. Jefferson Street
Peoria, IL 61602-1211
Telephone: (309) 674-1133
Facsimile: (309) 674-6503
E-mail: mwatson@qjhp.com