E-FILED
Thursday, 02 March, 2006  01:10:39 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LYNN T. GUEVREKIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-1369 |
| ) | |
| BLOOMINGTON POLICE DEPARTMENT, ) | |
| CITY OF BLOOMINGTON, McLEAN ) | |
| COUNTY CENTER FOR HUMAN ) | |
| SERVICES, HEARTLAND APARTMENT ) | |
| MANAGEMENT and WAYNE PELHANK, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO CONSOLIDATE**

NOW COMES Defendant, CITY OF BLOOMINGTON, by its attorneys, Quinn, Johnston, Henderson & Pretorius and for its Memorandum of Law in Support of its Motion to Consolidate , states:

**INTRODUCTION**

This Court currently has before it two cases arising out of the same set of operative facts and issues of law, Peoria Division Case Numbers 05-1369 and 05-1370. As evidenced by the Complaints filed therein, both cases are civil rights actions against police officers and a municipality, arising out of incidents occurring on May 20, 2004 and March 25, 2005. These two cases also include state law claims and claims against Plaintiff's landlord, Wayne Pelhank and Heartland Apartment Management, and McLean County Center for Human Services arising out of the same two incidents.

Both cases were removed to federal court by motion of the Defendant, City of Bloomington. Motions to Remand were filed in both cases by Defendants, Wayne Pelhank and Heartland Apartment Management. Both of those Motions to Remand were denied.

## ARGUMENT

Federal Rule of Civil Procedure 42 is designed to encourage consolidation of cases where common questions or law or fact are present, but consolidation should not be allowed where it will cause prejudice to a party. ***Midwest Community Counsel, Inc. v. Chicago Park District,*** 98 F.R.D. 491, 499 (N.D. Ill.1983). The purpose of joining actions is to promote convenience and judicial economy. ***Midwest,*** 98 F.R.D. at 499. Specifically, consolidation can operate to avoid or minimize duplication of the courts' and parties' counsels' time spent on common issues of discovery or common issues that need to be researched or briefed. ***Robbins v. The Pepsi Cola Metropolitan Bottling Co.,*** 1985 WL 5130, *3 (N.D. Ill.1985). The decision whether to consolidate is left to the sound discretion of the trial court, and in reaching this determination the court generally weighs the time and effort that would be saved by consolidation against any inconvenience, delay or expense it may cause. ***Robbins,*** 1985 WL at *2.

The separation of the two current cases before this Court has already caused excessive duplication of the Court's time and parties' counsels' time in briefing and determining common issues of law. Allowing the consolidation of the two cases will prevent further duplication of efforts without prejudicing any party.

Actions involving the same parties are usually appropriate candidates for consolidation, although strict identity between the parties is not required. ***Robbins,*** 1985 WL at *3. In the current case, three of the parties are named in both actions, the City of Bloomington, Wayne Pelhank and Heartland Apartment Management. Furthermore, none of the attorneys for any of the Defendants in either case have an objection to the consolidation of 05-1369 and 05-1370.

WHEREFORE, Defendant, CITY OF BLOOMINGTON, requests this Court grant its Motion to Consolidate Peoria Division Case Numbers 05-1369 and 05-1370 and for any other or further relief this Court deems just.

                          CITY OF BLOOMINGTON, Defendant

                          By:    */s/Amanda J. Watson*
                                  Amanda J. Watson
                          QUINN, JOHNSTON, HENDERSON & PRETORIUS

Peter R. Jennetten (Illinois Bar No. 6237377)
Amanda J. Watson (Illinois Bar No. 6284222)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: pjennetten@qjhp.com
       Mwatson@qjhp.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on **March 2, 2006**, I electronically filed this **Memorandum of Law in Support of its Motion to Consolidate** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| J. Casey Costigan<br>Dominic A. Salvati<br>Costigan & Wollrab, P.C.<br>P.O. Box 3127<br>Bloomington, IL  61702-3127<br>Telephone:  (309) 828-4310<br>Facsimile:  (309) 828-4325<br>E-mail:  ccostigan@cwlawoffice.com<br>E-mail:  dsalvati@cwlawoffice.com | ***Attorneys for McLean County Health Department*** |
| Eitan Weltman<br>Attorney at Law<br>802 N. Clinton St.<br>Suite A<br>Bloomington, IL  61701-3229<br>Telephone:  (309) 829-4422<br>Facsimile:  (309) 829-1079<br>E-mail:  EitanW@aol.com | ***Attorney for Heartland Apartment Management and Wayne Pelhank*** |
| Brian P. Thielen<br>Barbara Snow Mirdo<br>Thielen, Foley & Mirdo, LLC<br>207 W. Jefferson St.<br>Suite 600<br>Bloomington, IL  61701<br>Telephone:  (309) 820-0040<br>Facsimile:  (309) 820-0041<br>E-mail:  mirdo.b@thielenlaw.com | ***Attorneys for Heartland Apartment Management and Wayne Pelhank*** |

  And I hereby certify that on **March 2, 2006**, I mailed a copy of this document by United States Postal Service to the following non-registered participants:

| | |
|---|---|
| Lynn T. Guevrekian<br>P.O. Box 1114<br>Bloomington, IL  61702-1114 | ***Pro se Plaintiff*** |

               */s/Amanda J. Watson*
                Amanda J. Watson (Illinois Bar No. 6284222)
                QUINN, JOHNSTON, HENDERSON & PRETORIUS

        227 N.E. Jefferson Street
        Peoria, IL  61602-1211
        Telephone:  (309) 674-1133
        Facsimile:  (309) 674-6503
        E-mail: mwatson@qjhp.com