IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LYNN T. GUEVREKIAN, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>BLOOMINGTON POLICE DEPARTMENT, )<br>CITY OF BLOOMINGTON, McLEAN )<br>COUNTY CENTER FOR HUMAN )<br>SERVICES, HEARTLAND APARTMENT )<br>MANAGEMENT, and WAYNE PELHANK, )<br>)<br>   Defendants. ) | Case No. 05-CV-01369 |

## AMENDED CERTIFICATE OF INTEREST

The undersigned, counsel of record for HEARTLAND APARTMENT MANAGEMENT, LLC and WAYNE PELHANK, Defendants, furnish the following in compliance with Rule 11.3 of this Court:

1.   The full name of every party or amicus that Thielen, Foley & Mirdo, LLC represents in this case: **HEARTLAND APARTMENT MANAGEMENT, LLC and WAYNE PELHANK.**

2.   If such party or amicus is a corporation:

   (a)   its parent corporation, if any:

   (b)   a list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus if it is a publicly held company:

**HEARTLAND APARTMENT MANAGEMENT, LLC has no parent corporation and is not a publicly held corporation.**

3. The name of all law firms whose partners or associates are expected to appear for the party in this case: **Thielen, Foley & Mirdo, LLC**.

S/ *Barbara Snow Mirdo*
Barbara Snow Mirdo (Illinois Bar No. 6230302)
Attorney for Defendant
THIELEN, FOLEY & MIRDO, LLC
207 W. Jefferson St., Suite 600
Bloomington, IL 61701
Phone: (309) 820-0040
Fax: (309) 820-0041
E-mail: mirdo.b@thielenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **March 7, 2006**, I electronically filed this **Amended Certificate of Interest** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Peter R. Jennetten  *Attorney for Bloomington Police*
Amanda J. Watson  *Department and City of Bloomington*
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Phone:  (309) 674-1133
Fax:  (309) 674-6503
E-mail:  pjennetten@qjhp.com
E-mail:  mwatson@qjhp.com

J. Casey Costigan  *Attorney for McLean County Center*
Dominic A. Salvati  *for Human Services*
Costigan & Wollrab, P.C.
P.O. Box 3127
Bloomington, IL  61702-3127
Phone:  (309) 828-4310
Fax:  (309) 828-4325
E-mail:  ccostigan@cwlawoffice.com
E-mail:  dsalvati@cwlawoffice.com

Eitan Weltman  *Attorney for Heartland Apartment*
802 N. Clinton St., Suite A  *Management and Wayne Pelhank*
Bloomington, IL  61701-3229
Phone:  (309) 829-4422
Fax:  (309) 829-1079
E-mail:  EitanW@aol.com

and I hereby certify that on **March 7, 2006**, I mailed a copy of this document by United States Postal Service to the following non-registered participants:

Lynn T. Guevrekian  *Pro se Plaintiff*
P.O. Box 1114
Bloomington, IL  61702-1114

S/    *Barbara Snow Mirdo*
Barbara Snow Mirdo (Illinois Bar No. 6230302)
Attorney for Defendant
THIELEN, FOLEY & MIRDO, LLC
207 W. Jefferson St., Suite 600
Bloomington, IL 61701
Phone: (309) 820-0040
Fax: (309) 820-0041
E-mail: : mirdo.b@thielenlaw.com