IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LYNN T. GUEVREKIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-CV-01369 |
| ) | |
| BLOOMINGTON POLICE DEPARTMENT, ) | |
| CITY OF BLOOMINGTON, McLEAN ) | |
| COUNTY CENTER FOR HUMAN ) | |
| SERVICES, HEARTLAND APARTMENT ) | |
| MANAGEMENT, and WAYNE PELHANK, ) | |
| ) | |
| Defendants. ) | |

## AMENDED DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Defendants HEARTLAND APARTMENT MANAGEMENT, LLC and WAYNE PELHANK demand trial by jury of twelve (12) in the above-entitled cause.

S/ *Barbara Snow Mirdo*
Barbara Snow Mirdo (Illinois Bar No. 6230302)
Attorney for Defendant
THIELEN, FOLEY & MIRDO, LLC
207 W. Jefferson St., Suite 600
Bloomington, IL 61701
Phone: (309) 820-0040
Fax: (309) 820-0041
E-mail: mirdo.b@thielenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **March 7, 2006**, I electronically filed this **Amended Jury Demand** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Peter R. Jennetten<br>Amanda J. Watson<br>Quinn, Johnston, Henderson & Pretorius<br>227 N.E. Jefferson Street<br>Peoria, IL  61602-1211<br>Phone:  (309) 674-1133<br>Fax:  (309) 674-6503<br>E-mail:  pjennetten@qjhp.com<br>E-mail:  mwatson@qjhp.com | ***Attorney for Bloomington Police Department and City of Bloomington*** |
| J. Casey Costigan<br>Dominic A. Salvati<br>Costigan & Wollrab, P.C.<br>P.O. Box 3127<br>Bloomington, IL  61702-3127<br>Phone:  (309) 828-4310<br>Fax:  (309) 828-4325<br>E-mail:  ccostigan@cwlawoffice.com<br>E-mail:  dsalvati@cwlawoffice.com | ***Attorney for McLean County Center for Human Services*** |
| Eitan Weltman<br>802 N. Clinton St., Suite A<br>Bloomington, IL  61701-3229<br>Phone:  (309) 829-4422<br>Fax:  (309) 829-1079<br>E-mail:  EitanW@aol.com | ***Attorney for Heartland Apartment Management and Wayne Pelhank*** |

and I hereby certify that on **March 7, 2006**, I mailed a copy of this document by United States Postal Service to the following non-registered participants:

Lynn T. Guevrekian                    ***Pro se Plaintiff***
P.O. Box 1114
Bloomington, IL  61702-1114

> S/    *Barbara Snow Mirdo*
> Barbara Snow Mirdo (Illinois Bar No. 6230302)
> Attorney for Defendant
> THIELEN, FOLEY & MIRDO, LLC
> 207 W. Jefferson St., Suite 600
> Bloomington, IL 61701
> Phone: (309) 820-0040
> Fax: (309) 820-0041
> E-mail: mirdo.b@thielenlaw.com