**E-FILED**
Tuesday, 07 March, 2006  02:18:07 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| LYNN T. GUEVREKIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-CV-01369 |
| | ) | |
| BLOOMINGTON POLICE DEPARTMENT, | ) | |
| CITY OF BLOOMINGTON, McLEAN | ) | |
| COUNTY CENTER FOR HUMAN | ) | |
| SERVICES, HEARTLAND APARTMENT | ) | |
| MANAGEMENT, and WAYNE PELHANK, | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE
### AND DESIGNATION OF LEAD COUNSEL

Thielen, Foley & Mirdo, LLC hereby enters its appearance on behalf of Defendant,

HEARTLAND APARTMENT MANAGEMENT, LLC and WAYNE PELHANK.

Pursuant to Local Rule 11.2, Brian P. Thielen of Thielen, Foley & Mirdo, LLC is

designated as lead counsel for purposes of receipt of telephone conference calls.

Pursuant to Local Rule 83.5, Brian P. Thielen and Barbara Snow Mirdo are

members in good standing of the bar of this Court.

S/_____*Brian P. Thielen*_____
Brian P. Thielen (Illinois Bar No. 6186317)
Attorney for Defendants
THIELEN, FOLEY & MIRDO, LLC
207 W. Jefferson St., Suite 600
Bloomington, IL 61701
Phone: (309) 820-0040
Fax: (309) 820-0041
E-mail: thielen.b@thielenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **March 7, 2006**, I electronically filed this **Entry of Appearance** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Peter R. Jennetten                    ***Attorney for Bloomington Police***
Amanda J. Watson                    ***Department and City of Bloomington***
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Phone:  (309) 674-1133
Fax:  (309) 674-6503
E-mail:  pjennetten@qjhp.com
E-mail:  mwatson@qjhp.com

J. Casey Costigan                    ***Attorney for McLean County Center***
Dominic A. Salvati                    ***for Human Services***
Costigan & Wollrab, P.C.
P.O. Box 3127
Bloomington, IL  61702-3127
Phone:  (309) 828-4310
Fax:  (309) 828-4325
E-mail:  ccostigan@cwlawoffice.com
E-mail:  dsalvati@cwlawoffice.com

Eitan Weltman                    ***Attorney for Heartland Apartment***
802 N. Clinton St., Suite A                    ***Management and Wayne Pelhank***
Bloomington, IL  61701-3229
Phone:  (309) 829-4422
Fax:  (309) 829-1079
E-mail:  EitanW@aol.com

and I hereby certify that on **March 7, 2006**, I mailed a copy of this document by United States Postal Service to the following non-registered participants:

Lynn T. Guevrekian                    ***Pro se Plaintiff***
P.O. Box 1114
Bloomington, IL  61702-1114

S/_____*Brian P. Thielen*_____
Brian P. Thielen (Illinois Bar No. 6186317)
Attorney for Defendant
THIELEN, FOLEY & MIRDO, LLC
207 W. Jefferson St., Suite 600
Bloomington, IL 61701
Phone: (309) 820-0040
Fax: (309) 820-0041
E-mail: thielen.b@thielenlaw.com