E-FILED
Tuesday, 07 March, 2006  02:29:59 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LYNN T. GUEVREKIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-CV-01369 |
| ) | |
| BLOOMINGTON POLICE DEPARTMENT, ) | |
| CITY OF BLOOMINGTON, McLEAN ) | |
| COUNTY CENTER FOR HUMAN ) | |
| SERVICES, HEARTLAND APARTMENT ) | |
| MANAGEMENT, and WAYNE PELHANK, ) | |
| ) | |
| Defendants. ) | |

## ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

NOW COME Defendants, HEARTLAND APARTMENT MANAGEMENT, LLC and WAYNE PELHANK, by their attorneys, Thielen, Foley & Mirdo, LLC, and for their response to Plaintiff's Amended Complaint, state as follows:

Plaintiff has drafted her Amended Complaint in a narrative format that makes the individual allegations thereof not readily answerable. Defendants HEARTLAND APARTMENT MANAGEMENT, LLC and WAYNE PELHANK deny any and all allegations indicating that they committed any acts of 1) violation of the "Illinois Rental Law" for entrance into Plaintiff's residence, 2) libel, and/or 3) fraud/forgery. Defendants further deny that Heartland Apartment Management, LLC bought the building in which Plaintiff resided or became the owner of that building.

WHEREFORE, Defendants, HEARTLAND APARTMENT MANAGEMENT, LLC and WAYNE PELHANK pray for judgment in their favor and against Plaintiff, and for their costs of suit, and for such further relief as the Court deems just.

## AFFIRMATIVE DEFENSES

1.  Plaintiff's Amended Complaint fails to state a cause of action against these Defendants upon which relief may be granted.

2.  The oral and written statements alleged to have been made by or on behalf of Defendants are protected by a qualified privilege.

3.  All actions by Defendants with regard to Plaintiff were undertaken reasonably and in good faith, and did not violate any clearly established rights of Plaintiff.

WHEREFORE, Defendants, HEARTLAND APARTMENT MANAGEMENT, LLC and WAYNE PELHANK pray for judgment in their favor and against Plaintiff, and for their costs of suit, and for such further relief as the Court deems just.

S/ *Barbara Snow Mirdo*
Barbara Snow Mirdo (Illinois Bar No. 6230302)
Attorney for Defendant
THIELEN, FOLEY & MIRDO, LLC
207 W. Jefferson St., Suite 600
Bloomington, IL 61701
Phone: (309) 820-0040
Fax: (309) 820-0041
E-mail: mirdo.b@thielenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **March 7, 2006**, I electronically filed this **Answer and Affirmative Defenses to Plaintiff's Amended Complaint** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Peter R. Jennetten   ***Attorney for Bloomington Police***
Amanda J. Watson   ***Department and City of Bloomington***
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Phone:  (309) 674-1133
Fax:  (309) 674-6503
E-mail:  pjennetten@qjhp.com
E-mail:  mwatson@qjhp.com

J. Casey Costigan   ***Attorney for McLean County Center***
Dominic A. Salvati   ***for Human Services***
Costigan & Wollrab, P.C.
P.O. Box 3127
Bloomington, IL  61702-3127
Phone:  (309) 828-4310
Fax:  (309) 828-4325
E-mail:  ccostigan@cwlawoffice.com
E-mail:  dsalvati@cwlawoffice.com

Eitan Weltman   ***Attorney for Heartland Apartment***
802 N. Clinton St., Suite A   ***Management and Wayne Pelhank***
Bloomington, IL  61701-3229
Phone:  (309) 829-4422
Fax:  (309) 829-1079
E-mail:  EitanW@aol.com

and I hereby certify that on **March 7, 2006**, I mailed a copy of this document by United States Postal Service to the following non-registered participants:

Lynn T. Guevrekian   ***Pro se Plaintiff***
P.O. Box 1114
Bloomington, IL  61702-1114

S/   *Barbara Snow Mirdo*
Barbara Snow Mirdo (Illinois Bar No. 6230302)
Attorney for Defendant
THIELEN, FOLEY & MIRDO, LLC
207 W. Jefferson St., Suite 600
Bloomington, IL 61701
Phone: (309) 820-0040
Fax: (309) 820-0041
E-mail: mirdo.b@thielenlaw.com