IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LYNN T. GUEVREKIAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-CV-01369 |
| | ) |
| BLOOMINGTON POLICE DEPARTMENT, | ) |
| CITY OF BLOOMINGTON, McLEAN | ) |
| COUNTY CENTER FOR HUMAN | ) |
| SERVICES, HEARTLAND APARTMENT | ) |
| MANAGEMENT, and WAYNE PELHANK, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE
AND DESIGNATION OF LEAD COUNSEL**

Thielen, Foley & Mirdo, LLC hereby enters its appearance on behalf of Defendant, HEARTLAND APARTMENT MANAGEMENT, LLC and WAYNE PELHANK.

Pursuant to Local Rule 11.2, Brian P. Thielen of Thielen, Foley & Mirdo, LLC is designated as lead counsel for purposes of receipt of telephone conference calls.

Pursuant to Local Rule 83.5, Brian P. Thielen, Barbara Snow Mirdo, and Joseph W. Foley are members in good standing of the bar of this Court.

S/    Joseph W. Foley
Joseph W. Foley (Illinois Bar No. 6216078)
Attorney for Defendants
THIELEN, FOLEY & MIRDO, LLC
207 W. Jefferson St., Suite 600
Bloomington, IL 61701
Phone: (309) 820-0040
Fax: (309) 820-0041
E-mail: foley.j@thielenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **March 21, 2006**, I electronically filed this **Entry of Appearance** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Peter R. Jennetten<br>Amanda J. Watson<br>Quinn, Johnston, Henderson & Pretorius<br>227 N.E. Jefferson Street<br>Peoria, IL  61602-1211<br>Phone:  (309) 674-1133<br>Fax:  (309) 674-6503<br>E-mail:  pjennetten@qjhp.com<br>E-mail:  mwatson@qjhp.com | ***Attorney for Bloomington Police Department and City of Bloomington*** |
| J. Casey Costigan<br>Dominic A. Salvati<br>Costigan & Wollrab, P.C.<br>P.O. Box 3127<br>Bloomington, IL  61702-3127<br>Phone:  (309) 828-4310<br>Fax:  (309) 828-4325<br>E-mail:  ccostigan@cwlawoffice.com<br>E-mail:  dsalvati@cwlawoffice.com | ***Attorney for McLean County Center for Human Services*** |
| Eitan Weltman<br>802 N. Clinton St., Suite A<br>Bloomington, IL  61701-3229<br>Phone:  (309) 829-4422<br>Fax:  (309) 829-1079<br>E-mail:  EitanW@aol.com | ***Attorney for Heartland Apartment Management and Wayne Pelhank*** |

and I hereby certify that on **March 21, 2006**, I mailed a copy of this document by United States Postal Service to the following non-registered participants:

| | |
|---|---|
| Lynn T. Guevrekian<br>P.O. Box 1114<br>Bloomington, IL  61702-1114 | ***Pro se Plaintiff*** |

S/     Joseph W. Foley
Joseph W. Foley (Illinois Bar No. 6216078)
Attorney for Defendants
THIELEN, FOLEY & MIRDO, LLC
207 W. Jefferson St., Suite 600
Bloomington, IL 61701
Phone: (309) 820-0040
Fax: (309) 820-0041
E-mail: foley.j@thielenlaw.com