IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| LYNN T. GUEVREKIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-1369 |
| | ) | |
| BLOOMINGTON POLICE DEPARTMENT, | ) | |
| CITY OF BLOOMINGTON, McLEAN | ) | |
| COUNTY CENTER FOR HUMAN | ) | |
| SERVICES, HEARTLAND APARTMENT | ) | |
| MANAGEMENT and WAYNE PELHANK, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | **CONSOLIDATED FOR** |
| LYNN T. GUEVREKIAN, | ) | **DISCOVERY ONLY** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-1370 |
| | ) | |
| BLOOMINGTON POLICE DEPARTMENT, | ) | |
| CITY OF BLOOMINGTON, HEARTLAND | ) | |
| APARTMENT MANAGEMENT and | ) | |
| WAYNE PELHANK, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

I hereby certify that on **April 10, 2006**, I electronically filed this **NOTICE OF SERVICE OF DISCOVERY DOCUMENTS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    J. Casey Costigan                      ***Attorneys for McLean County Health Department***
    Dominic A. Salvati
    Costigan & Wollrab, P.C.
    P.O. Box 3127
    Bloomington, IL  61702-3127
    Telephone:  (309) 828-4310
    Facsimile:  (309) 828-4325
    E-mail:  ccostigan@cwlawoffice.com
    E-mail:  dsalvati@cwlawoffice.com


    Eitan Weltman                            ***Attorney for Heartland Apartment Management***

    Attorney at Law                        *and Wayne Pelhank*
    802 N. Clinton St.
    Suite A
    Bloomington, IL  61701-3229
    Telephone:  (309) 829-4422
    Facsimile:  (309) 829-1079
    E-mail:  EitanW@aol.com

    Brian P. Thielen                     *Attorneys for Heartland Apartment Management*
    Barbara Snow Mirdo              *and Wayne Pelhank*
    Joseph W. Foley
    Thielen, Foley & Mirdo, LLC
    207 W. Jefferson St.
    Suite 600
    Bloomington, IL  61701
    Telephone:  (309) 820-0040
    Facsimile:  (309) 820-0041
    E-mail:  mirdo.b@thielenlaw.com
    E-mail:  foley.j@thielenlaw.com

And I hereby certify that on **April 10, 2006**, I mailed a true copy of **RULE 26(a)(1) DISCLOSURES**, along with a copy of this Notice, by United States Postal Service to the above-listed counsel of record, as well as the following non-registered participant:

    Lynn T. Guevrekian                 *Pro se Plaintiff*
    P.O. Box 1114
    Bloomington, IL  61702-1114


                                    CITY OF BLOOMINGTON, Defendant


                                    By:       *s/Amanda J. Watson*
                                                Amanda J. Watson
                                 QUINN, JOHNSTON, HENDERSON & PRETORIUS

Peter R. Jennetten (Illinois Bar No. 6237377)
Amanda J. Watson (Illinois Bar No. 6284222)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: pjennetten@qjhp.com
I:\1\Civil\Guevrekian v. Bloomington 101 292 005\consolidated not of disc rule 26(a)(1).wpd