UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LYNN T. GUEVREKIAN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )    Case No. 05 CV 01369 |
| | ) |
| BLOOMINGTON POLICE DEPARTMENT, | ) |
| MCLEAN COUNTY CENTER FOR HUMAN | ) |
| SERVICES, HEARTLAND APARTMENT | ) |
| MANAGEMENT, | ) |
| | ) |
|    Defendants. | ) |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

I, Dominic A. Salvati, one of the attorneys for Defendant, McLean County Center for Human Services, certify that I electronically filed on April 12, 2006, McLean County Center for Human Services' Notice of Service of Discovery Documents, with the Clerk of the Court using the CM/ECF system, which will send notification electronically to the following:

Peter R. Jennetten
Amanda Watson
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, IL 61602-1211
Tel: 309-674-1133
Fax: 309-674-6503
pjennetten@qjhp.com
mwatson@qjhp.com

Brian P. Thielen
Joseph W. Foley
Barbara Snow Mirdo
Thielen, Foley & Mirdo, L.L.C.
207 W. Jefferson Street
Suite 600
Bloomington, Illinois  61701
Tel:  309-820-0040
Fax: 309-820-0041
thielen.b@thielenlaw.com
foley.j@thielenlaw.com
mirdo.b@thielenlaw.com

Eitan Weltman
802 N. Clinton, Suite A
Bloomington, IL 61701
Tel:  309-829-4422
Fax: 309-829-1079
EitanW@aol.com

I also certify that on **April 12, 2006**, I mailed a copy of McLean County Center for Human Services' Rule 26(a)(1) Disclosures and this Notice, to the Plaintiff, Lynn Guevrekian and the above-listed counsel of record, by United States Postal Service:

Lynn Guevrekian
PO Box 1114
Bloomington, Illinois 61702-1114
Tel:  309-531-9275

                                                      BY:  s/Dominic A. Salvati
                                                      Dominic A. Salvati, Bar No. 6283922
                                                      Casey Costigan, Bar No. 6206724
                                                      Attorneys for McLean County Center for Human Services
                                                      Costigan & Wollrab, P.C.
                                                      PO Box 3127
                                                      Bloomington, Illinois 61702-3127
                                                      Phone:  (309) 828-4310
                                                      Fax:     (309) 828-4325
                                                      dsalvati@cwlawoffice.com
                                                      ccostigan@cwlawoffice.com