UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

Lynn T. Guevrekian

    Plaintiff,

Vs.

City Of Bloomington, Heartland Apartment Management; Wayne Pelhank, Mclean County Center For Human Services

    Defendants

Case No. 05-1369

**FILED**

APR 14 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION TO TAKE LEAVE

Plaintiff, Lynn Guevrekian, requests to take leave under Rule 15 to file an additional and updated complaint.

Sincerely,

*Lynn Guevrekian*  April 14, 2006

Lynn T. Guevrekian
P.O. Box 1114
Bloomington, Illinois
61702-1114