IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| LYNN T. GUEVREKIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-CV-01369 |
| | ) | |
| BLOOMINGTON POLICE DEPARTMENT, CITY OF BLOOMINGTON, McLEAN COUNTY CENTER FOR HUMAN SERVICES, HEARTLAND APARTMENT MANAGEMENT, and WAYNE PELHANK, | ) ) ) ) ) ) | |
| Defendants. | ) | |
| | ) | **CONSOLIDATED FOR DISCOVERY ONLY** |
| LYNN T. GUEVREKIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-CV-01370 |
| | ) | |
| BLOOMINGTON POLICE DEPARTMENT, CITY OF BLOOMINGTON, HEARTLAND APARTMENT MANAGEMENT, and WAYNE PELHANK, | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

**THE UNDERSIGNED CERTIFIES** that the following discovery documents were served upon all parties of record by depositing a true and correct copy of the same in the U.S. Mail at Bloomington, Illinois, in a sealed envelope, addressed to the attorney of record for each party, First Class postage prepaid, on the ___14th___ day of ___April___, 20_06_.

**INITIAL DISCLOSURE PURSUANT TO RULE 26(a)**
(by Defendants, HEARTLAND APARTMENT MANAGEMENT and WAYNE PELHANK)

S/ *Brian P. Thielen*
Brian P. Thielen (Illinois Bar No. 6186317)
Attorney for Defendant
THIELEN, FOLEY & MIRDO, LLC
207 W. Jefferson St., Suite 600
Bloomington, IL 61701
Phone: (309) 820-0040
Fax: (309) 820-0041
E-mail: thielen.b@thielenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **April 18, 2006**, I electronically filed this **INITIAL DISCLOSURE PURSUANT TO RULE 26(a)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Peter R. Jennetten  *Attorney for Bloomington Police*
Amanda J. Watson  *Department and City of Bloomington*
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Phone:  (309) 674-1133
Fax:  (309) 674-6503
E-mail:  pjennetten@qjhp.com
E-mail:  mwatson@qjhp.com

J. Casey Costigan  *Attorney for McLean County Center*
Dominic A. Salvati  *for Human Services*
Costigan & Wollrab, P.C.
P.O. Box 3127
Bloomington, IL  61702-3127
Phone:  (309) 828-4310
Fax:  (309) 828-4325
E-mail:  ccostigan@cwlawoffice.com
E-mail:  dsalvati@cwlawoffice.com

Eitan Weltman  *Attorney for Heartland Apartment*
802 N. Clinton St., Suite A  *Management and Wayne Pelhank*
Bloomington, IL  61701-3229
Phone:  (309) 829-4422
Fax:  (309) 829-1079
E-mail:  EitanW@aol.com

and I hereby certify that on **April 18, 2006**, I mailed a copy of this document by United States Postal Service to the following non-registered participants:

Lynn T. Guevrekian  *Pro se Plaintiff*
P.O. Box 1114
Bloomington, IL  61702-1114

S/    *Brian P. Thielen*
Brian P. Thielen (Illinois Bar No. 6186317)
Attorney for Defendant
THIELEN, FOLEY & MIRDO, LLC
207 W. Jefferson St., Suite 600
Bloomington, IL 61701
Phone: (309) 820-0040
Fax: (309) 820-0041
E-mail: thielen.b@thielenlaw.com