E-FILED
Monday, 01 May, 2006 01:44:50 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

**FILED**

MAY - 1 2006



JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Lynn T. Guevrekian

    Plaintiff,

Vs.                                  Case No. 05-1369

City Of Bloomington, Heartland
Apartment Management; Wayne
Pelhank, Mclean County Center
For Human Services

    Defendants

## PROOF OF SERVICE

The undersigned certifies that a copy of Disclosure Materials were served upon the attorneys of record by enclosing the documents in an envelope plainly addressed to the attorney's business address with postage fully prepaid and by depositing the envelope into a U.S. Post Office Box in Bloomington, Illinois on April 13, 2006.

_(signature)_ 4/28/06

Lynn Guevrekian
P.O. Box 1114
Bloomington, Illinois 61702-1114

## Attorneys of Record

Brian Thielen, B. Mirdo, J. Foley
Thielen, Foley & Mirdo
207 West Jefferson Street Suite 600
Bloomington, Illinois 61701

Peter Jennetten, A. Watson
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, Illinois 61602

Eitan Weltman
802 N. Clinton Street Suite A
Bloomington, Illinois 61701

Casey Costigan, D. Salvati
Costigan & Wollrab
308 East Washington Street
P.O. Box 3127
Bloomington, Illinois
61702-3127