IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| LYNN T. GUEVREKIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-1369 |
| | ) | |
| BLOOMINGTON POLICE DEPARTMENT, CITY OF BLOOMINGTON, McLEAN COUNTY CENTER FOR HUMAN SERVICES, HEARTLAND APARTMENT MANAGEMENT and WAYNE PELHANK, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| LYNN T. GUEVREKIAN, | ) | **CONSOLIDATED FOR DISCOVERY ONLY** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-1370 |
| | ) | |
| BLOOMINGTON POLICE DEPARTMENT, CITY OF BLOOMINGTON, HEARTLAND APARTMENT MANAGEMENT and WAYNE PELHANK, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF TAKING DEPOSITION

    YOU ARE HEREBY NOTIFIED that, pursuant to the terms and provisions of Rule 30 and other applicable rules of the Federal Rules of Civil Procedure, the undersigned will proceed to take the deposition of **LYNN T. GUERVEKIAN at the law offices of Theilen, Foley & Mirdo, 207 W. Jefferson Street, Suite 600, Bloomington, Illinois, on Wednesday, September 6, 2006, at 1:00 p.m.** The deposition will take place before Alliance Reporting Service. You are invited to be present and examine said witness in accordance with the Federal Rules of Civil Procedure.

    I hereby certify that on **August 14, 2006**, I electronically filed this **Notice of Taking Deposition** with the Clerk of Court using the CM/ECF system.

    And I hereby certify that on **August 14, 2006**, I mailed a copy of this document by United States Postal Service to the following non-registered participants:

    Lynn T. Guervekian         **(sent via first class mail)**
    PO Box 1114
    Bloomington, Illinois 61702-1114

    Alliance Reporting Service
    6746 N. Frostwood Parkway
    Peoria, Illinois 61615

                    CITY OF BLOOMINGTON, Defendant

                    By: _____*/s/Amanda J. Watson*_____
                                Amanda J. Watson
                    QUINN, JOHNSTON, HENDERSON & PRETORIUS

Peter R. Jennetten (Illinois Bar No. 6237377)
Amanda J. Watson (Illinois Bar No. 6284222)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: pjennetten@qjhp.com
I:\1\Civil\Guevrekian v. Bloomington 101 292 005\guervekian notice plaintiff disc dep.wpd