E-FILED
Tuesday, 03 October, 2006 12:24:51 PM
Clerk, U.S. District Court, ILCD

FILED
OCT - 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

Lynn T. Guevrekian                Case No. 05-1369
Plaintiff

Vs.

City Of Bloomington, Mclean County
Center For Human Services, Heartland
Apartment Management and Wayne Pelhank

**PROOF OF SERVICE & CHANGE OF ADDRESS**

Please note plaintiff's change of address as: Lynn T. Guevrekian c/o Helping Hands, 200 South 11th Street, Springfield, Illinois, 62703. Plaintiff has no telephone but has a voice mail service that may be reached at 309-807-4851.

The undersigned certifies that a copy of Interrogatories To Defendant's was served upon the attorney's of record by enclosing the documents in an envelope plainly addressed to the attorney's business address with postage fully prepaid and by depositing the envelope into a U.S. Post Office Box in Springfield, Illinois on September 26, 2006.

_Lynn Guevrekian_
Lynn T. Guevrekian
c/o Helping Hands
200 South 11th Street
Springfield, Illinois 62703

**Attorney's of Record**

Brian Thielen, Mr. Foley, Ms. Mirdo         Casey Costigan, D. Salvati
Thielen, Foley & Mirdo                      Costigan & Wollrab
207 W. Jefferson Street Suite 600           308 E. Washington Street
Bloomington, Illinois 61701                 P.O. Box 3127
                                            Bloomington, Illinois
Eitan Weltman                               61702-3127
802 N. Clinton Street Suite A
Bloomington, Illinois 61701

Peter Jennetten, Amanda Watson
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, Illinois 61602