Please file
— Thank you

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION



FILED
OCT 17 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Lynn T. Guevrekian
Plaintiff

Vs.

City Of Bloomington, Mclean County     Case No. 05-1369
Center For Human Services, Heartland
Apartment Management and Wayne Pelhank


Lynn T. Guevrekian                      Case No. 05-1370
Plaintiff

Vs.

City Of Bloomington, Heartland Apartment
Management and Wayne Pelhank


NOTICE OF REFUSAL TO SIGN TRANSCRIPT OF DEPOSITION

Dear Defendants,

Hello. I am unable to sign the transcript of the deposition taken on September 6, 2006 by Alliance Reporting Service and refuse to sign it until it is changed and made accurate. There are some corrections which would result in a change of testimony since the transcript lacked the correct testimony to begin with. The following errors (more than eighty errors) were found in reviewing the transcript while simultaneously listening to the tape recorded version of the transcript:

pg.4 line 23, pg.5 line 17, pg.6 line 16, pg.7 line 20, pg.8 line 4, pg.8 line 10, pg.9 line 7, pg.12 line 20 (spelling; Sergeant Randall Wikoff), pg.13 line 2 (spelling; Sergeant Wikoff), pg.18 line 6, pg.19 line 5, pg.21 line 14, pg.22 line 2, pg. 22, line 8, pg.22 line 9, pg. 23 line 20, pg.26 line 14, pg.34 line 2, pg.34 line 8, pg. 34 line 19, pg.46 line 6, pg.51 line 6 (spelling; Nicole Piggush), pg.52 line 2, pg.52 line 10, pg. 55 line 22, pg. 56 line 4, pg. 61 line 4, pg. 73 line 2, pg.73 line 7, pg.73 line 12, pg.81 line 13, pg.97 line 11, pg.106 line 19, pg.106 line 22, pg. 108 line 12, pg. 111 line 14, pg.111 line 15, pg. 111 line 16, pg. 118 line 2, pg.120 line 8, pg. 122 line 7, pg.122 line 9, pg. 122 line 14, pg.123 line 13, pg. 124 line 17, pg. 127 line 3, pg. 130 line 3, pg. 131 line 6, pg. 131 line 7, pg. 138 line 6, pg. 141 line 5, pg. 141 line 14, pg. 141 line 15, pg. 142 line 9 pg. 142 line 12, pg. 142 line 20, pg. 145 line 20, pg. 145 line 22, pg. 146 line 4, pg. 146 line 8, pg. 147 line 21, pg. 149 line 20 pg. 150 line 10, pg. 150 line 14, pg. 152 line 3, pg. 153 line 8, pg. 156 line 8, pg. 156 line 9, pg. 156 line 10, pg. 157 line 12, pg. 157 line 12, pg. 158 line 6, pg. 158 line 20, pg. 159 line 18, pg. 161 line 19, pg.161 line 22, pg. 161 line 23, pg. 162 line 1, pg. 162 line 19 (spelling; Sara), pg. 162 line 23 (spelling; Sara), pg. 163 line 13, pg. 167 line 5, pg. 167 line 13, pg. 168 line 8, pg. 169 line 1, line 173 line 18, pg. 178 line 19, pg. 184 line 22 (spelling; Sara) pg. 189 line 11

PROOF OF SERVICE

The undersigned certifies that a copy of Notice of Refusal to Sign Transcript was served upon the attorney's of record by enclosing the documents in an envelope plainly addressed to the attorney's business address with postage fully prepaid and by depositing the envelope into a U.S. Post Office Box in Springfield, Illinois on October Sixteen, 2006.

_____ 10/16/06
Lynn T. Gyevrekian
c/o Helping Hands
200 South 11th Street
Springfield, Illinois 62703

### Attorney's of Record

Brian Thielen, Mr. Foley, Ms. Mirdo
Thielen, Foley & Mirdo
207 W. Jefferson Street Suite 600
Bloomington, Illinois 61701

Eitan Weltman
802 N. Clinton Street Suite A
Bloomington, Illinois 61701

Peter Jennetten, Amanda Watson
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, Illinois 61602

Casey Costigan, D. Salvati
Costigan & Wollrab
308 E. Washington Street
P.O. Box 3127
Bloomington, Illinois 61702-3127