**E-FILED**
Wednesday, 25 October, 2006  04:23:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| LYNN T. GUEVREKIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-CV-01369 |
| | ) | |
| BLOOMINGTON POLICE DEPARTMENT, CITY OF BLOOMINGTON, McLEAN COUNTY CENTER FOR HUMAN SERVICES, HEARTLAND APARTMENT MANAGEMENT, and WAYNE PELHANK, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | **CONSOLIDATED FOR DISCOVERY ONLY** |
| LYNN T. GUEVREKIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-CV-01370 |
| | ) | |
| BLOOMINGTON POLICE DEPARTMENT, CITY OF BLOOMINGTON, HEARTLAND APARTMENT MANAGEMENT, and WAYNE PELHANK, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

**THE UNDERSIGNED CERTIFIES** that the following discovery documents were served upon all parties of record by depositing a true and correct copy of the same in the U.S. Mail at Bloomington, Illinois, in a sealed envelope, addressed to the attorney of record for each party, First Class postage prepaid, on the ___25th___ day of October_____, 20_06_____.

**Answers to Interrogatories for Heartland Apartment Management
and Wayne Pelhank for Case No. 05-CV-01369
Answers to Interrogatories for Heartland Apartment Management
and Wayne Pelhank for Case No. 05-CV-01370**

                    S/ *Brian P. Thielen*
Brian P. Thielen (Illinois Bar No. 6186317)
Attorney for Defendant
THIELEN, FOLEY & MIRDO, LLC
207 W. Jefferson St., Suite 600
Bloomington, IL 61701
Phone: (309) 820-0040
Fax: (309) 820-0041
E-mail: thielen.b@thielenlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on **October 25, 2006**, I electronically filed the Answers to Interrogatories for with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Peter R. Jennetten | **Attorney for Bloomington Police** |
| Amanda J. Watson | **Department and City of Bloomington** |
| Quinn, Johnston, Henderson & Pretorius | |
| 227 N.E. Jefferson Street | |
| Peoria, IL  61602-1211 | |
| Phone:  (309) 674-1133 | |
| Fax:  (309) 674-6503 | |
| E-mail:  pjennetten@qjhp.com | |
| E-mail:  mwatson@qjhp.com | |

| | |
|---|---|
| J. Casey Costigan | **Attorney for McLean County Center** |
| Dominic A. Salvati | **for Human Services** |
| Costigan & Wollrab, P.C. | |
| P.O. Box 3127 | |
| Bloomington, IL  61702-3127 | |
| Phone:  (309) 828-4310 | |
| Fax:  (309) 828-4325 | |
| E-mail:  ccostigan@cwlawoffice.com | |
| E-mail:  dsalvati@cwlawoffice.com | |

| | |
|---|---|
| Eitan Weltman | **Attorney for Heartland Apartment** |
| 802 N. Clinton St., Suite A | **Management and Wayne Pelhank** |
| Bloomington, IL  61701-3229 | |
| Phone:  (309) 829-4422 | |
| Fax:  (309) 829-1079 | |
| E-mail:  EitanW@aol.com | |

and I hereby certify that on **April 18, 2006**, I mailed a copy of this document by United States Postal Service to the following non-registered participants:

| | |
|---|---|
| Lynn T. Guevrekian | **Pro se Plaintiff** |
| P.O. Box 1114 | |
| Bloomington, IL  61702-1114 | |

S/   *Brian P. Thielen*
Brian P. Thielen (Illinois Bar No. 6186317)
Attorney for Defendant
THIELEN, FOLEY & MIRDO, LLC
207 W. Jefferson St., Suite 600
Bloomington, IL 61701
Phone: (309) 820-0040
Fax: (309) 820-0041
E-mail: thielen.b@thielenlaw.com