

E-FILED
Friday, 27 October, 2006 12:53:01 PM
Clerk, U.S. District Court, ILCD

FILED
OCT 2 7 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

Lynn T. Guevrekian

    Plaintiff,

Vs.                              Case No. 05-1369

City of Bloomington, Mclean County Center
For Human Services, Heartland Apartment
Management and Wayne Pelhank

    Defendants

### NOTICE OF DISCOVERY DOCUMENTS

Dear Defendants,

Enclosed, please find additional discovery documents labeled accordingly as: Exhibit 140, 141,142,143, 144, 145, 146, 147, 148, 149, 150, 151. In prior disclosure you were given Exhibits number 1 through 139 and these 139 pages of Discovery documents are also Exhibits to which you may find attachable cut out printed-text to be affixed to each page making page one "EXHIBIT 1", page two, "EXHIBIT 2", page three, "EXHIBIT 3." Please feel free to contact me if you have any questions.

Sincerely,

_____
Lynn T. Guevrekian
c/o Helping Hands
200 South 11th Street
Springfield, Illinois
    62703

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

Lynn T. Guevrekian								Case No.05-1369

    Plaintiff

Vs.

City Of Bloomington, Mclean County
Center For Human Services, Heartland
Apartment Management and Wayne Pelhank

    Defendants

### PROOF OF SERVICE

The undersigned certifies that a copy of Notice of Discovery Documents was served upon the attorney's of record by enclosing the documents in an envelope plainly addressed to the attorney's business address with postage fully prepaid and by depositing the envelope into a U.S. Post Office Box in Springfield, Illinois on  October 26 , 2006.

_____
Lynn T. Guevrekian
c/o Helping Hands
200 South 11th Street
Springfield, Illinois 62703

### Attorney's of Record

Brian Thielen, Mr. Foley, Ms. Mirdo
Thielen, Foley & Mirdo
207 W. Jefferson Street Suite 600
Bloomington, Illinois 61701

Casey Costigan, D. Salvati
Costigan & Wollrab
308 E. Washington Street
P.O. Box 3127
Bloomington, Illinois 61702-3127

Eitan Weltman
802 N. Clinton Street Suite A
Bloomington, Illinois 61701

Peter Jennetten, Amanda Watson
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, Illinois 61602