IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| LYNN T. GUEVREKIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-1369 |
| | ) | |
| BLOOMINGTON POLICE DEPARTMENT, | ) | |
| CITY OF BLOOMINGTON, McLEAN | ) | |
| COUNTY CENTER FOR HUMAN | ) | |
| SERVICES, HEARTLAND APARTMENT | ) | |
| MANAGEMENT and WAYNE PELHANK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | **CONSOLIDATED FOR** |
| LYNN T. GUEVREKIAN, | ) | **DISCOVERY ONLY** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-1370 |
| | ) | |
| BLOOMINGTON POLICE DEPARTMENT, | ) | |
| CITY OF BLOOMINGTON, HEARTLAND | ) | |
| APARTMENT MANAGEMENT and | ) | |
| WAYNE PELHANK, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

I hereby certify that on **October 30, 2006**, I electronically filed this **NOTICE OF SERVICE OF DISCOVERY DOCUMENTS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

   J. Casey Costigan                           *Attorneys for McLean County Health Department*
   Dominic A. Salvati
   Costigan & Wollrab, P.C.
   P.O. Box 3127
   Bloomington, IL  61702-3127
   Telephone:  (309) 828-4310
   Facsimile:  (309) 828-4325
   E-mail:  ccostigan@cwlawoffice.com

    E-mail:  dsalvati@cwlawoffice.com

| | |
|---|---|
| Eitan Weltman<br>Attorney at Law<br>802 N. Clinton St.<br>Suite A<br>Bloomington, IL  61701-3229<br>Telephone:  (309) 829-4422<br>Facsimile:  (309) 829-1079<br>E-mail:  EitanW@aol.com | ***Attorney for Heartland Apartment Management and Wayne Pelhank*** |
| Brian P. Thielen<br>Barbara Snow Mirdo<br>Joseph W. Foley<br>Thielen, Foley & Mirdo, LLC<br>207 W. Jefferson St.<br>Suite 600<br>Bloomington, IL  61701<br>Telephone:  (309) 820-0040<br>Facsimile:  (309) 820-0041<br>E-mail:  mirdo.b@thielenlaw.com<br>E-mail:  foley.j@thielenlaw.com | ***Attorneys for Heartland Apartment Management and Wayne Pelhank*** |

And I hereby certify that on **October 30, 2006**, I mailed a true copy of **Defendant, City of Bloomington's Answers to Interrogatories on 05-1370n and Defendant, City of Bloomington's Answers to Interrogatories in 05-1369**, along with a copy of this Notice, by United States Postal Service to the above-listed counsel of record, as well as the following non-registered participant:

| | |
|---|---|
| Lynn T. Guevrekian<br>C/O Helping Hands<br>200 South 11th Street<br>Springfield, IL  62703 | ***Pro se Plaintiff*** |

                                          CITY OF BLOOMINGTON, Defendant

                                          By:    *s/Peter R. Jennetten*
                                                  Peter R. Jennetten
                                        QUINN, JOHNSTON, HENDERSON & PRETORIUS

Peter R. Jennetten (Illinois Bar No. 6237377)
Amanda J. Watson (Illinois Bar No. 6284222)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: pjennetten@qjhp.com
I:\1\Civil\Guevrekian v. Bloomington 101 292 005\consolidated nsdd 10-30-06.wpd