

E-FILED
Friday, 17 November, 2006 02:12:36 PM
Clerk, U.S. District Court, ILCD




UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

Lynn T. Guevrekian                                  Case No.05-1369

Plaintiff

Vs.

City Of Bloomington, Mclean County Center
For Human Services, Heartland Apartment
Management and Wayne Pelhank

Defendants

### PROOF OF SERVICE

The undersigned hereby certifies that the NOTICE OF REQUEST FOR UNANSWERED INTERROGATORIES FROM HEARTLAND APARTMENT MANAGEMENT AND WAYNE PELHANK was served upon the attorneys of record by sealing the documents in a postage prepaid envelope addressed to the attorney's business address and by depositing the envelope into a U.S. Post Office Box in Springfield, Illinois on November 16, 2006.

_____
Lynn Guevrekian
c/o Helping Hands
200 South 11th Street
Springfield, Illinois
62703

**ATTORNEYS OF RECORD**
Peter Jennetten, Amanda Watson
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, Illinois  61602

Eitan Weltman
802 N. Clinton Street Suite A
Bloomington, Illinois  61701

Brian Thielen, Mr. Foley, Ms. Mirdo         Casey Costigan, D. Salvati
Thielen, Foley & Mirdo                       Costigan and Wollrab
207 W. Jefferson Street Suite 600            308 E. Washington St.
Bloomington, Illinois  61701                 P.O. Box 3127
                                             Bloomington, Illinois  61702