UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| LYNN T. GUEVREKIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05 CV 01369 |
| | ) | |
| BLOOMINGTON POLICE DEPARTMENT, | ) | |
| MCLEAN COUNTY CENTER FOR HUMAN | ) | |
| SERVICES, HEARTLAND APARTMENT | ) | |
| MANAGEMENT, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Dominic A. Salvati, one of the attorneys for Defendant, McLean County Center for Human Services, certify that I electronically filed on November 30, 2006 McLean County Center for Human Services' Motion for Summary Judgment, Appendix and attached Exhibits with the Clerk of the Court using the CM/ECF system, which will send notification electronically to the following:

Peter R. Jennetten
Amanda Watson
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, IL 61602-1211
Tel: 309-674-1133
Fax: 309-674-6503
pjennetten@qjhp.com
mwatson@qjhp.com

Brian P. Thielen
Joseph W. Foley
Barbara Snow Mirdo
Thielen, Foley & Mirdo, L.L.C.
207 W. Jefferson Street
Suite 600
Bloomington, Illinois  61701
Tel:  309-820-0040
Fax:  309-820-0041
thielen.b@thielenlaw.com
foley.j@thielenlaw.com
mirdo.b@thielenlaw.com

Eitan Weltman
802 N. Clinton, Suite A
Bloomington, IL 61701
Tel:  309-829-4422
Fax:  309-829-1079
EitanW@aol.com

I also certify that on **November 30, 2006**, I mailed a copy of McLean County Center for Human Services' Motion for Summary Judgment, Appendix and attached Exhibits to the Plaintiff, Lynn Guevrekian by United States Postal Service:

Lynn Guevrekian
c/o Helping Hands
200 S. 11th Street
Springfield, Illinois 62703
Tel:  309-807-4851

BY:__s/*Dominic A. Salvati*_____
          Dominic A. Salvati, Bar No. 6283922
          Attorneys for McLean County Center for Human
          Services, Inc.
          Costigan & Wollrab, P.C.
          PO Box 3127
          Bloomington, Illinois 61702-3127
          Phone:  (309) 828-4310
          Fax:      (309) 828-4325
          dsalvati@cwlawoffice.com