**E-FILED**
Friday, 01 December, 2006  10:28:04 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| LYNN T. GUEVREKIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-1369 |
| | ) | |
| BLOOMINGTON POLICE DEPARTMENT, | ) | |
| CITY OF BLOOMINGTON, McLEAN | ) | |
| COUNTY CENTER FOR HUMAN | ) | |
| SERVICES, HEARTLAND APARTMENT | ) | |
| MANAGEMENT and WAYNE PELHANK, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

Now comes the Defendant, City of Bloomington, by its attorneys, QUINN, JOHNSTON, HENDERSON & PRETORIUS, and for its Motion for Extension of Time to File Dispositive Motions pursuant to Fed. R. Civ. P. 6 states:

1.      Counsel for the Defendant respectfully requests that the Court grant a snow day.

2.      The deadline for dispositive motions in this matter is today, Friday, December 1, 2006. Counsel has this deadline to file motions for summary judgment in three Central District Cases: Guevrekian v. City of Bloomington, Case No. 05-1369;  Guevrekian v. City of Bloomington, Case No. 05-1370; and Logsdon v. Dennison, 05-1242.

3.      The Court may take judicial notice that a severe winter storm struck the Central Illinois area on the night of November 30 to December 1, 2006.

4.      Counsel is in the process of finalizing motions for summary judgment in each of the three cases and intended to file them in a timely fashion.

5.    Counsel attempted to reach his office this morning, but was forced to abandon his his attempt and leave his vehicle on the side of the road only half a block from his home.

6.    Counsel does not expect his neighborhood to be plowed before the end of the day.  Even if he were to reach his office later in the day, there will be insufficient time to finalize the motions, locate and scan the exhibits, and file the motion.  Counsel is filing this motion electronically from his home.

7.    Counsel respectfully requests that the deadline for dispositive motions be extended to Monday, December 4, 2006.

WHEREFORE, the Defendant, CITY OF BLOOMINGTON, prays that the Court grant this motion and extend the deadline for filing dispositive motions up to and including December 4, 2006 and for such other and further relief as the Court deems appropriate.

CITY OF BLOOMINGTON, Defendant

By:    _____*s/Peter R. Jennetten*_____
            Peter R. Jennetten
QUINN, JOHNSTON, HENDERSON & PRETORIUS

Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: pjennetten@qjhp.com
C:\Documents and Settings\Peter Jennetten\Desktop\Guevrekian v. Bloomington 101 292 005\guevrekian mot extension 1369.wpd

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **December 1, 2006**, I electronically filed this **Motion** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Eitan Weltman                                   ***Attorney for Heartland Apartment Management***
Attorney at Law                                 ***and Wayne Pelhank***
802 N. Clinton St.
Suite A
Bloomington, IL  61701-3229
Telephone:  (309) 829-4422
Facsimile:  (309) 829-1079
E-mail:  EitanW@aol.com


Brian P. Thielen                                ***Attorneys for Heartland Apartment Management***
Barbara Snow Mirdo                              ***and Wayne Pelhank***
Joseph W. Foley
Thielen, Foley & Mirdo, LLC
207 W. Jefferson St.
Suite 600
Bloomington, IL  61701
Telephone:  (309) 820-0040
Facsimile:  (309) 820-0041
E-mail:  mirdo.b@thielenlaw.com
E-mail:  foley.j@thielenlaw.com


Counsel further states that the motion will be served upon Plaintiff and a supplemental certificate of service filed when he reaches his office.


*s/Peter R. Jennetten*_____
Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: pjennetten@qjhp.com