IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| LYNN T. GUEVREKIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-1369 |
| | ) | |
| BLOOMINGTON POLICE DEPARTMENT, | ) | |
| CITY OF BLOOMINGTON, McLEAN | ) | |
| COUNTY CENTER FOR HUMAN | ) | |
| SERVICES, HEARTLAND APARTMENT | ) | |
| MANAGEMENT and WAYNE PELHANK, | ) | |
| | ) | |
| Defendants. | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

On December 1, 2006, Defendant, CITY OF BLOOMINGTON, filed electronically with this Court a **Motion for Extension of Time to File Dispositive Motions** (#54). On that date, all CM/ECF system participants were served electronically with the Motion for Extension. Due to a snowstorm on December 1, counsel for CITY OF BLOOMINGTON was unable to get to either his office or the U.S. Postal Service in order to send a copy of the Motion for Extension to the Plaintiff, who is not a registered participant in the CM/ECF system. Counsel for CITY OF BLOOMINGTON has this day sent a copy of the Motion for Extension via U.S. Mail to the Plaintiff.

CITY OF BLOOMINGTON, Defendant

By: _____*s/Peter R. Jennetten*_____
Peter R. Jennetten
QUINN, JOHNSTON, HENDERSON & PRETORIUS

Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: pjennetten@qjhp.com
I:\1\Civil\Guevrekian v. Bloomington 101 292 005\guevrekian cert service 120406.wpd

## CERTIFICATE OF SERVICE

I hereby certify that on **December 4, 2006**, I electronically filed this **SUPPLEMENTAL CERTIFICATE OF SERVICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| J. Casey Costigan<br>Dominic A. Salvati<br>Costigan & Wollrab, P.C.<br>P.O. Box 3127<br>Bloomington, IL  61702-3127<br>Telephone:  (309) 828-4310<br>Facsimile:  (309) 828-4325<br>E-mail:  ccostigan@cwlawoffice.com<br>E-mail:  dsalvati@cwlawoffice.com | *Attorneys for McLean County Health Department* |
| Eitan Weltman<br>Attorney at Law<br>802 N. Clinton St.<br>Suite A<br>Bloomington, IL  61701-3229<br>Telephone:  (309) 829-4422<br>Facsimile:  (309) 829-1079<br>E-mail:  EitanW@aol.com | *Attorney for Heartland Apartment Management and Wayne Pelhank* |
| Brian P. Thielen<br>Barbara Snow Mirdo<br>Joseph W. Foley<br>Thielen, Foley & Mirdo, LLC<br>207 W. Jefferson St.<br>Suite 600<br>Bloomington, IL  61701<br>Telephone:  (309) 820-0040<br>Facsimile:  (309) 820-0041<br>E-mail:  mirdo.b@thielenlaw.com<br>E-mail:  foley.j@thielenlaw.com | *Attorneys for Heartland Apartment Management and Wayne Pelhank* |

And I hereby certify that on **December 4, 2006**, I mailed a copy of this document by United States Postal Service to the following non-registered participants:

| | |
|---|---|
| Lynn T. Guevrekian<br>c/o Helping Hands<br>200 S. 11th St.<br>Springfield, IL  62703<br>Telephone:  (309) 807-4851 | *Pro se Plaintiff* |

*s/Peter R. Jennetten*
Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503

E-mail: pjennetten@qjhp.com