

Please Thank You

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

DEC - 8 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Lynn T. Guevrekian            Case No.05-1369

Plaintiff

Vs.

City Of Bloomington, Mclean County Center
For Human Services, Heartland Apartment
Management and Wayne Pelhank

Defendants

### NOTICE OF REQUEST FOR REMOVAL OF ATTORNEY J. CASEY COSTIGAN OF COSTIGAN AND WOLLRAB

Dear Defendant's,

It has come to my attention that an attorney of record in Case No. 05-1369; J. Casey Costigan, the attorney from Costigan and Wollrab, has been appointed as an associate judge in Mclean County.

According to the Code of Judicial Conduct in the Supreme Court Rules, Canon 5 (F), Practice of Law; A judge should not practice law. I am writing because I have not received notice of Casey Costigan's withdrawal from the case and ask at this time that you inform me of any intended withdrawal. Thank you.

Sincerely,

Lynn T. Guevrekian
Lynn T. Guevrekian
c/o Helping Hands
200 South 11th Street
Springfield, Illinois 62703

*Please file*
*Thank you*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

Lynn T. Guevrekian                                        Case No.05-1369

Plaintiff

Vs.

City Of Bloomington, Mclean County Center
For Human Services, Heartland Apartment
Management and Wayne Pelhank

Defendants

## PROOF OF SERVICE

The undersigned hereby certifies that the **NOTICE OF REQUEST FOR REMOVAL OF ATTORNEY J. CASEY COSTIGAN OF COSTIGAN AND WOLLRAB**, was served upon the attorneys of record by sealing the documents in a postage prepaid envelope addressed to the attorney's business address and by depositing the envelope into a U.S. Post Office Box in Springfield, Illinois on December 7, 2006.

*Lynn T. Guevrekian*
Lynn Guevrekian
c/o Helping Hands
200 South 11th Street
Springfield, Illinois
62703

**ATTORNEYS OF RECORD**
Peter Jennetten, Amanda Watson
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, Illinois  61602

Eitan Weltman
802 N. Clinton Street Suite A
Bloomington, Illinois  61701

Brian Thielen, Mr. Foley, Ms. Mirdo
Thielen, Foley & Mirdo
207 W. Jefferson Street Suite 600
Bloomington, Illinois  61701

Casey Costigan, D. Salvati
Costigan and Wollrab
308 E. Washington St.
P.O. Box 3127
Bloomington, Illinois  61702