UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LYNN T. GUEVREKIAN,  )<br>  )<br>   Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>BLOOMINGTON POLICE DEPARTMENT,  )<br>MCLEAN COUNTY CENTER FOR HUMAN  )<br>SERVICES, HEARTLAND APARTMENT  )<br>MANAGEMENT,  )<br>  )<br>   Defendants.  )  | Case No. 05 CV 01369 |

**RESPONSE TO PLAINTIFF'S NOTICE OF REQUEST FOR REMOVAL OF ATTORNEY J. CASEY COSTIGAN OF COSTIGAN AND WOLLRAB**

COMES NOW the Defendant, McLean County Center for Human Services, Inc., by and through its counsel, COSTIGAN & WOLLRAB, P.C., and for its Response to Plaintiff's Notice of Request for Removal of Attorney J. Casey Costigan of Costigan and Wollrab, states:

1. Defendant's Entry of Appearance and Designation of Lead Counsel sets forth J. Casey Costigan and Dominic A. Salvati of the law firm of COSTIGAN & WOLLRAB, P.C., as counsel of record for Defendant, McLean County Center for Human Services, Inc., with J. Casey Costigan designated as lead counsel.

2. Subsequently, J. Casey Costigan was appointed to Associate Judge in McLean County and on November 27, 2006 he took the bench.

3. J. Casey Costigan has not had any involvement with this case since taking the bench.

WHEREFORE, Defendant, McLean County Center for Human Services, requests this Honorable Court formally remove J. Casey Costigan as lead counsel and designate Dominic A. Salvati as such.

Respectfully Submitted,

MCLEAN COUNTY CENTER FOR HUMAN SERVICES,

BY: s/*Dominic A. Salvati*_____
      Dominic A. Salvati Bar Number 6283922
      Attorney for Defendant
      Costigan & Wollrab, P.C.
      308 E. Washington Street
      Bloomington, Illinois 61701
      (309) 828-4310 phone
      (309) 828-4325 fax
      dsalvati@cwlawoffice.com