UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| LYNN T. GUEVREKIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05 CV 01369 |
| | ) | |
| BLOOMINGTON POLICE DEPARTMENT, | ) | |
| MCLEAN COUNTY CENTER FOR HUMAN | ) | |
| SERVICES, HEARTLAND APARTMENT | ) | |
| MANAGEMENT, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I, Dominic A. Salvati, one of the attorneys for Defendant, McLean County Center for Human Services, certify that I electronically filed on December 10, 2006 McLean County Center for Human Services' Response to Plaintiff's Notice of Request for Removal of Attorney J. Casey Costigan of Costigan and Wollrab with the Clerk of the Court using the CM/ECF system, which will send notification electronically to the following:

Peter R. Jennetten
Amanda Watson
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, IL 61602-1211
Tel:  309-674-1133
Fax: 309-674-6503
pjennetten@qjhp.com
mwatson@qjhp.com

Brian P. Thielen
Joseph W. Foley
Barbara Snow Mirdo
Thielen, Foley & Mirdo, L.L.C.
207 W. Jefferson Street
Suite 600
Bloomington, Illinois  61701
Tel:  309-820-0040
Fax:  309-820-0041
thielen.b@thielenlaw.com
foley.j@thielenlaw.com
mirdo.b@thielenlaw.com

Eitan Weltman
802 N. Clinton, Suite A
Bloomington, IL 61701
Tel:  309-829-4422
Fax:  309-829-1079
EitanW@aol.com

I also certify that on **December 11, 2006**, I mailed a copy of McLean County Center for Human Services' Response to Plaintiff's Notice of Request for Removal of Attorney J. Casey Costigan of Costigan and Wollrab to the Plaintiff, Lynn Guevrekian by United States Postal Service:

Lynn Guevrekian
c/o Helping Hands
200 S. 11th Street
Springfield, Illinois 62703
Tel:  309-807-4851

BY:   s/*Dominic A. Salvati*
         Dominic A. Salvati, Bar No. 6283922
         Attorneys for McLean County Center for Human Services, Inc.
         Costigan & Wollrab, P.C.
         PO Box 3127
         Bloomington, Illinois 61702-3127
         Phone:  (309) 828-4310
         Fax:     (309) 828-4325
         dsalvati@cwlawoffice.com

2