# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| LYNN T. GUEVREKIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-1369 |
| | ) | |
| CITY OF BLOOMINGTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On September 27, 2005, pro se Plaintiff filed her Amended Complaint in Illinois state court against Defendants Bloomington Police Department, City of Bloomington, McLean County Center for Human Services ("MCCHS"), Heartland Apartment Management, and Wayne Pelhank. Plaintiff did not serve the Defendants until November 23, 2005, and the matter was properly removed to this Court on December 1, 2005, on federal question jurisdiction. By Order of the Court, this case was consolidated for discovery purposes only with case 05-1370, another matter pending before this Court with the same pro se Plaintiff and nearly all the same Defendants. On March 22, 2006, Defendant Bloomington Police Department was stricken as a defendant, by agreement of the parties.

After the close of the discovery phase of litigation, each remaining Defendant moved for Summary Judgment. On November 30, 2006, Defendant MCCHS filed its Motion; Plaintiff's Response was due on December 21. On December 1, 2006, Defendants Heartland Apartment Management and Wayne Pelhank filed their Motion; Plaintiff's Response was due on December

22. On December 4, 2006, Defendant City of Bloomington filed its Motion; Plaintiff's Response was due on December 26.

On November 30, December 4, and December 5, for each separately filed Motion for Summary Judgment, the Clerk of the Court sent to Plaintiffs a letter advising her that a case-dispositive motion had been filed, that she had 21 days to respond to the motion, and that the motion could be granted and her case dismissed should she fail to file a timely response. Plaintiff's 21 days to respond to Defendants' Motions expired on December 21, 22, and 26. As of today, Plaintiff has not responded nor requested any extension, despite the Clerk's repeated warnings.

Pursuant to Local Rule 7.1(B), a motion is deemed uncontested if no opposing brief is filed. Accordingly, Defendant MCCHS's Motion for Summary Judgment [#50] is GRANTED. Defendants Heartland Apartment Management and Wayne Pelhank's Motion for Summary Judgment [#55] is GRANTED. Defendant City of Bloomington's Motion for Summary Judgment [#58] is also GRANTED. This matter is now TERMINATED.

ENTERED this 28th day of December, 2006.

>                s/Michael M. Mihm
>                Michael M. Mihm
>                United States District Judge

2