# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS



FILED
DEC 2 8 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

LYNN T. GUEVREKIAN

vs.

Case Number: 05-1369

BLOOMINGTON POLICE DEPARTMENT,
CITY OF BLOOMINGTON, MC LEAN COUNTY
CENTER FOR HUMAN SERVICES, HEARTLAND
APARTMENT MANAGEMENT, and WAYNE PELHANK

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that on 3/22/2006, and pursuant to agreement of the parties, defendant Bloomington Police Department is stricken as defendant. FURTHER ORDERED AND ADJUDGED that on 12/28/2006 that summary judgment is entered in favor of defendants City of Bloomington, McLean County Center for Human Services, Heartland Apartment Management and Wayne Pelhank and against plaintiff. Parties to bear their own costs.

ENTER this 28th day of December, 2006

JOHN M. WATERS, CLERK

s/C. Lambie
BY: DEPUTY CLERK

05-1369.wpd